UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA KILBY-ROBB<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, SECRETARY OF EDUCATION<br><br>Defendant. | Civil Action No.  05-2270 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court held on this date, and upon consideration of the parties' joint report and proposed scheduling order, it is hereby **ORDERED** that:

1. The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than March 24, 2006.

2. Plaintiff shall designate experts, if any, and provide expert reports pursuant to Rule 26(a)(2) by not later than May 15, 2006.

3. The parties shall jointly inform the Court by not later than September 7, 2006, whether they believe they would benefit from a referral to a mediator or magistrate judge for the purpose of facilitating settlement discussions.

4. The parties shall appear for a status conference with the Court at 9:00 a.m. on September 11, 2006.

5. The parties shall complete all discovery by not later than September 13, 2006.

6. The parties shall file any dispositive motions by not later than October 13, 2006. Briefs in opposition to such motions are due by not later than November 13, 2006. Replies, if any, are due by not later than November 29, 2006.

          /s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   March 13, 2006

Copies to:

David A. Branch
LAW OFFICE OF DAVID A. BRANCH
1825 Connecticut Avenue, NW
Washington, DC  20009
Email: dablaw@erols.com

    *Counsel for plaintiff*


Marina Utgoff Braswell
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Room 10-413
555 Fourth Street, NW
Washington, DC  20530
Email: Marina.Braswell@usdoj.gov

    *Counsel for defendant*