### IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **PATRICIA KILBY-ROBB** ) <br> **17001 SUMMERS LANE** ) <br> **BADEN, MD  20613** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARGARET SPELLINGS,** ) <br> **SECRETARY, U.S. DEPARTMENT OF** ) <br> **EDUCATION** ) <br> **400 MARYLAND AVE., SW** ) <br> **WASHINGTON, D.C. 20202** ) <br> ) <br> **Defendant.** ) <br> ) | Case No.: 05-2270 |

**Consent Motion to Extend Discovery and Continue Status Conference**

Come now the parties, by and through counsel and submit this consent motion to extend discovery and continue the status conference scheduled for September 11, 2006, and in support thereof states as follows.

Discovery in this matter is scheduled to close on September 7, 2006. The parties are still engaged in discovery and have yet to take depositions in this matter.  A status conference is scheduled for September 11, 2006.  Defendant's counsel is scheduled for oral arguments before the Court of Appeals on September 8, 2006, and Plaintiff's counsel is scheduled for oral arguments on a dispositive motion before Magistrate Judge Kay on September 11, 2006.  The parties request an extension of discovery and other deadlines by sixty days and that the court reschedule the status conference after the close of discovery.

                              Respectfully submitted,

                              _____/s/_____
                              David A. Branch #438764
                              Law Offices of David A. Branch
                              1825 Connecticut Ave., NW
                              Suite 690
                              Washington, D.C. 20009

                              **Certificate of Service**

     I hereby certify this 7th day of September 2006 that a copy of the foregoing Consent Motion to Extend Discovery and Continue Status Conference was sent to counsel for Defendant listed below.

                              MARINA UTGOFF BRASWELL
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              555 4th Street, N.W. - Civil Division
                              Washington, D.C. 20530
                              (202) 514-7226

                              _____/s/_____
                              David A. Branch