```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


PATRICIA KILBY-ROBB,                  )
                                      )
          Plaintiff,                  )
                                      )
          v.                          )    Civil No. 05-2270 (JDB)
                                      )
MARGARET SPELLINGS, SECRETARY         )
  OF EDUCATION,                       )
                                      )
          Defendant.                  )
_____)
```

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including March 16, 2007, in which to file defendant's dispositive motion. Defense counsel has been in trial since February 20, 2007, and before that she had a week and a half of witness preparation that involved out of town visits to witnesses retired from the agency. During trial defense counsel was usually involved at night with briefing evidentiary issues that had arisen during the day, as numerous such issues came up during the course of the trial. As a result of this schedule, defense counsel had no time to try and confer with plaintiff's counsel on this motion. On Friday, defense counsel attempted to reach plaintiff's counsel but her call was not returned.

No trial date has been set in this case. Defendant believes that it is in the interest of judicial economy for the Court to

allow defendant to file a belated dispositive motion, as that motion may resolve some or all of the issues in this case. While plaintiff will undoubtedly disagree with this, plaintiff will suffer no prejudice from allowing defendant the requested extension of time.

Defense counsel will attempt again to reach plaintiff's counsel on Monday to determine his position on this motion and inform the Court as soon as this can be ascertained.

For the foregoing reasons, defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

---

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226