UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA KILBY-ROBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-2270 (JDB) |
| | ) |
| MARGARET SPELLINGS, SECRETARY | ) |
| OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time of one business day, to and including March 19, 2007, in which to file defendant's dispositive motion. Defense counsel believed that she could complete the motion by March 16th, but this week she had a Court of Appeals' argument on Monday, a reply to a motion for summary judgment filed on Tuesday, a reply/opposition brief in another case filed Wednesday, a reply brief in yet another case filed today, and tomorrow, on the date discovery closes in a putative class action Title VII case, she must file a motion for protective order, a motion to compel and responses to over 700 requests for admission. She simply cannot complete the dispositive motion in the instant case as well. Accordingly, the brief further extension is to enable defense counsel to complete

the dispositive motion in the instant case in a thorough manner and allow for the necessary review.

Defense counsel called plaintiff's counsel today to get his position on this motion but he did not call her back, just as he never called her back concerning the last motion she filed.

For the foregoing reasons, defendant respectfully requests that this motion for an enlargement of time be granted.

                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226