
**ED**.gov
**U. S. Department of Education**
*Promoting educational excellence for all Americans*

Search ED.gov »
Advanced S

Students    Parents    Teachers    Administrators

## About ED

Overview

Contacts

**Offices**
- ED Structure
▸ Offices

Boards & Commissions

Initiatives

Publications

ED Performance & Accountability

Jobs

---

· About ED

· Budget

· Press Room

· Publications

· Teaching Resources

· Answers

· Help

· Online Services

· Recursos en español

· Web Survey

**OFFICES**

# OII
**Office of Innovation and Improvement**


**SECRETARY**
▸No Child Left
▸Higher Educat
▸American Com
▸Meet the Secr

➤ **Home**
➤ **Programs/Initiatives**
➤ **Office Contacts**
➤ **Reports & Resources**
➤ **News**

➤ **Publications**
➤ **Choice**
➤ **Supplemental Services**
➤ **Office Non-Public Education**
➤ **Family Policy Compliance Office**

**NoChil**
LeftBehin

**Related Topi**
▪ **Senior Staff**
▪ **Employee L**
▪ **Other Organ**

## Welcome

The Office of Innovation and Improvement is a nimble, entrepreneurial arm of the U.S. Department of Education. It makes strategic investments in innovative educational practices through two dozen discretionary grant programs and coordinates the public school choice and supplemental educational services provisions of the Elementary and Secondary Education Act as amended by No Child Left Behind. It also serves as the Department's liaison and resource to the nonpublic education community and oversees the Family Policy Compliance Office. The Office helps to develop guidance on provisions and programs related to its work under No Child Left Behind.

The Office of Innovation and Improvement is headed by Assistant Deputy Secretary Morgan Brown.

**WHAT'S NEW**

Funding Opportunities

*The Education Innovator, #1*

*Innovations in Education Book Series II: Charter High Schools Closing the Achievement Gap*

---

🖶 Printable view    ✍ Share this page

Last Modified: 02/15/2007

 FOIA | Privacy | Security | Notices     Whitehouse.gov    Expect**More**.gov     USA.gov    GovBenefits.gov    



1

<pre>
 1              U.S. EQUAL OPPORTUNITY COMMISSION

 2                  WASHINGTON FIELD OFFICE

 3      - - - - - - - - - - - - - - - x

 4      PATRICIA KILBY-ROBB,                 :

 5              Complainant,                  :   Agency No.:

 6              v.                            :   ED-2004-04-00

 7      MARGARET SPELLINGS, SECRETARY,       :

 8      U.S. DEPARTMENT OF EDUCATION         :

 9                  Agency.                   :

10      - - - - - - - - - - - - - - - x

11

12                      Washington, D.C.

13                      Thursday, May 26, 2005

14      Deposition of

15              MICHAEL JOHN PETRILLI,

16      the witness, called for examination by counsel for

17      the Complainant, pursuant to notice, commencing at

18      2:03 p.m., at the offices of David A. Branch, 1825

19      Connecticut Avenue, N.W., Suite 690, Washington,

20      D.C., before Andrew N. Schachter, Notary Public in

21      and for the District of Columbia, when were
</pre>

WORD-FOR-WORD REPORTERS & TRANSCRIBERS

1                THE WITNESS:  My title is associate

2       assistant deputy secretary in the Office of

3       Innovation and Improvement at the U.S. Department

4       of Education.

5                BY MR. BRANCH:

6       Q    What is your work location?

7       A    In Washington, D.C.

8       Q    And what is the grade on this position?

9       A    It's a GS-15.

10      Q    How far have you gone in school?

11      A    I have graduated with my bachelor's

12      degree.

13      Q    From what university?

14      A    University of Michigan.

15      Q    In what year?

16      A    In 1995.

17      Q    What was your degree in?

18      A    Political science.

19      Q    How long have you been in your current

20      position?

21      A    For about two and a half years.  Since

1        A    In Washington.

2        Q    Your current position is associate

3   assistant deputy secretary?

4        A    That's correct.

5        Q    Okay, and who do you report to in that

6   position?

7        A    I report to Nina Rees.

8        Q    And who is Nina Rees?

9        A    She is the assistant deputy secretary for

10   Innovation and Improvement.

11        Q    Assistant deputy secretary for?

12        A    For Innovation and Improvement.

13        Q    Is that also the OII office?

14        A    Right.

15        Q    What are your duties in your current

16   position?

17        A    My current position, I'm responsible for

18   assisting the assistant deputy secretary with

19   policy issues related to the public school choice

20   and supplemental services provisions of No Child

21   Left Behind.

1           I also advise her on other policy issues

2      throughout the office, so, for example, help with

3      our application notices for our grant programs.

4           Q    Any other?

5           A    Those are my primary responsibilities

6      right now.  They changed somewhat when we had a

7      minor reorganization within the office that was

8      effective about four months ago, so my duties were

9      a little bit different.

10          Q    And what were your duties four months

11     ago?

12          A    So before that I was also responsible for

13     supervising five of the directors within OII who

14     were the front line managers and was generally

15     involved with many of the management decisions in

16     the office.

17          Q    Any involvement in the employment

18     decisions, hiring, promotions?

19          A    With some of them.  It depended on

20     whether or not I was in the chain of command.  In

21     some cases some offices, the heads of the offices

13

1    reported directly to Nina.  In some cases they

2    reported directly to me.  So in some cases I was

3    in the chain of command and in other cases I was

4    not.

5        Q    Were your duties the same from the time

6    you started in this office in your current

7    position until four months ago or did they change?

8        A    They were mostly the same except that

9    when we first started the Office of Innovation and

10   Improvement and I started in the role as associate

11   assistant deputy secretary I did not oversee the

12   office of Parental Options and Information.  That

13   office reported directly to Nina.

14       Q    The Office of Parental?

15       A    Options and Information.

16       Q    Is that PIRC?

17       A    No, that's POI.

18       Q    POI?

19       A    Right.

20       Q    And that's different from PIRC?

21       A    That's correct.

1    Resource Center program.

2        Q    What do you mean by that, she worked on

3    this PIRC program?

4        A    I was not aware of what her official job

5    title would have been.

6        Q    Who did she report to?

7        A    She reported -- when I first met her?

8        Q    Yes.

9        A    Well, when I first met her we were going

10   through the reorganization so she would have been

11   about to transition from one supervisor in the

12   Office of Elementary and Secondary Education, who

13   I believe was Sylvia Wright, and then to a new

14   supervisor once the reorganization went through.

15       Q    Do you know what her grade was?

16       A    Yes.  She did tell me her grade, as I

17   recall, when we met, which was a GS-13.

18       Q    You said there was a reorganization of

19   the PIRC division or organization.  How did this

20   reorganization come about?

21       A    It was really a reorganization that

1    created the entire Office of Innovation and

2    Improvement.  Secretary Rod Paige was interested

3    in creating an innovation office where all of the

4    programs related to parental options in education

5    would be housed, as well as some of the other

6    smaller discretionary grant programs.

7        And he had appointed his deputy

8    secretary, Bill Hansen, to flesh out the details

9    and to put a plan into place.

10    Q    Okay, please continue.  How did the

11    reorganization come about?

12    A    Well, so I was -- Deputy Secretary

13    Hansen, who I worked for at that time, asked me to

14    take the lead in developing a proposal, which I

15    did.

16        The way that reorganizations generally

17    work at the department is that you follow up a

18    proposal that goes through a clearance process and

19    then eventually goes to the union, the

20    department's union, for their consideration as

21    well.

18

1          So working with some colleagues we put

2      together a proposal that basically laid out which

3      programs would go into the Office of Innovation

4      and Improvement.

5          At the same time there was also another

6      office that was being created, the Office of Safe

7      and Drug Free Schools.  And so similarly there

8      were programs identified for that.

9          So we took that proposal, put that

10      proposal together, went through the clearance

11      process.  It was announced to department employees

12      and it was presented to the union on the standard

13      procedure.

14      Q    Describe for me, if you will, what this

15      reorganized unit, what it looked like after it was

16      done.  Who was the head and how were the

17      departments headed up?

18      A    Sure.  We can probably look at an

19      organization chart for them, too.  So the new

20      Office of Innovation and Improvement had about at

21      first 90 employees.

1    Q    So if you looked at an organizational

2    chart at the top what would we see?

3    A    At the top would be Nina Rees, the

4    assistant deputy secretary, though at the time she

5    had a different title.  It was deputy

6    undersecretary but it's basically the same.

7    Q    So the top of the organization is OII?

8    A    That's correct.

9    Q    Okay, or the name of the organization is

10   OII?

11   A    That's right.

12   Q    And what do we see beneath her?

13   A    Beneath her was her deputy, which was me.

14   And then reporting through me at the beginning

15   were four offices which were the Teacher Quality

16   Programs, the Improvement Programs, Fund for the

17   Improvement of Education and Technology in

18   Education.

19       Reporting directly to Nina were three

20   offices:  the Family Policy Compliance Office, the

21   Office of Nonpublic Education and the Parental

21

```
1    the Parental Options and Information Office.

2         Q    Wait, Fiegel was the director of what?

3         A    Parental Options and Information.

4         Q    Okay.

5         A    Linda Jones --

6         Q    And Fiegel, what is his grade?

7         A    He's a GS-15.

8         Q    And what is his race?

9         A    Caucasian.

10        Q    Okay, and who else?

11        A    Linda Jones.

12        Q    Which position is she in?

13        A    The Fund for the Improvement of

14   Education.

15        Q    What is her grade and race?

16        A    GS-15.  She's African American.

17        Q    Okay, who else?

18        A    Edith Harvey, heading up the Improvement

19   Programs Office.

20        Q    And what's her grade and race?

21        A    Ms. Harvey is also a GS-15 and is African
```

1    American.

2         Q    And which department?

3         A    Improvement Programs.

4         Q    Okay, who else?

5         A    Cheryl Garnette.  She headed up

6    Technology in Education Programs.

7         Q    And what's her grade and race?

8         A    Ms. Garnette is a GS-15 and she's African

9    American.

10        Q    Okay, who else?

11        A    Patricia Gore.

12        Q    Which department?

13        A    She headed up the Teacher Quality

14   Programs Office.  And she is a GS-15 and Ms. Gore

15   is African American.

16        Q    Okay, who else?

17        A    LeRoy Rooker.

18        Q    And what is his grade?

19        A    His grade is a GS-15.

20        Q    And what is his race?

21        A    His race is Caucasian.  And Mr. Rooker

1    oversees the Family Policy Compliance Office.  And

2    then finally Jack Klenk.

3         Q    How do you spell the last name?

4         A    K-l-e-n-k.

5         Q    What is his grade?

6         A    Mr. Klenk is an SES, Senior Executive

7    Service.

8         Q    What's his race?

9         A    He is Caucasian.

10        Q    And which department does he head up?

11        A    I'm sorry, the Office of Nonpublic

12    Education.

13        Q    Now, are those all the departments?

14        A    Yes.

15        Q    Within these departments do these folks

16    have people reporting to them?

17        A    Yes.  Each one of them have people

18    reporting to them.  They were front line

19    supervisors.

20        Q    Okay, and were all of these individuals

21    that you've just identified, were they already

24

1      employed at the Department of Education when you

2      came on board?

3          A    Yes, they were.

4          Q    Were they already in director level

5      positions or senior level positions?

6          A    I have to think about that.  Yes, I

7      believe all of them were at least in supervisory

8      positions.  Some of the, the organization of some

9      of the preexisting organizations were somewhat

10     different.

11              So they may have had somewhat different

12     titles, but they all had supervisory

13     responsibility before the reorganization.

14         Q    And John Fiegel was responsible for

15     which, PIR?

16         A    POI.

17         Q    POI.

18         A    Parental Options and Information.

19         Q    And did he have a staff who reported to

20     him?

21         A    Yes.

1        Q    And who reported to Fiegel?

2        A    That is a long list.  Do you want me to -

3  - if I can do it all by memory.

4        Q    As best as you can.

5        A    As best as I can, okay.  Let me do it by

6  some of the programs.  He had the Voluntary Public

7  School Choice Program reporting to him.  Ms. Iris

8  Lane heads that program.

9        Q    What is her title?

10        A    I don't know what her official title is.

11        Q    Is it team leader?

12        A    I don't know that.

13        Q    Okay.

14        A    She is the only staff member that works

15  on that program.

16        Q    Iris Lane?

17        A    Yes.

18        Q    Okay, what's her grade and race?

19        A    I believe she is a GS-13 and she is

20  African American.

21        Q    Okay, who else reports to Fiegel?

28

1       Q       And who did he report to?

2       A       I believe he reports directly to John.

3       Q       What is his grade?

4       A       GS-15.

5       Q       And his race?

6       A       He is Caucasian.

7       Q       Anyone else?

8       A       I'm forgetting.  That is it.  Again,

9       there are 18 employees in that office.

10      Q       Do you know who Daisy Greenfield is?

11      A       Yes.

12      Q       Who is she?

13      A       She was the team leader for the Parent

14      Information Resource Center program before the

15      reorganization.

16      Q       Team leader for the?

17      A       PIRC program, Parent Information Resource

18      Center.

19      Q       Before the reorganization?

20      A       Right.

21      Q       Was there a team leader after the

29

1    reorganization?

2         A    To my knowledge, no.

3         Q    Did anyone serve in that capacity or

4    perform the duties that Ms. Greenfield formerly

5    performed?

6         A    No.  To my knowledge, well, two people

7    served, picked up some of her duties, including

8    Ms. Kilby-Robb, including Mr. Brockhouse.

9              The organization of that unit within OII

10   was different than the organization of the unit

11   within the Office of Elementary and Secondary

12   Education and the duties were somewhat different.

13        Q    Okay, what happened with this

14   reorganization with the position formerly held by

15   Ms. Greenfield?

16        A    I'm not sure I understand your question.

17        Q    I think earlier I asked you if there was

18   a, well, let me just ask you another question.

19   Ms. Greenfield was team leader at the GS-14 level,

20   is that correct?

21        A    I don't have any firsthand knowledge of

1      that but that's what I've heard, yes.

2          Q     And there was a reorganization and she

3      did not continue in that capacity, is that

4      correct?

5          A     Yes.

6          Q     Who performed her duties after she was no

7      longer in that capacity?

8          A     Her duties were split among several

9      different people is my understanding.

10         Q     What is the basis of your belief that her

11     duties were split?

12         A     Well, when the reorganization happened

13     and we  realized that John, Mr. Fiegel, would need

14     a deputy, in part because the Parental Options and

15     Information unit was too large for him to be the

16     direct supervisor for all the employees under

17     department policy, we decided to create a deputy

18     position.

19             There was then a decision that Mr.

20     Brockhouse would fill that position.

21         Q     So --

31

1      A    And --

2      Q    One second.   Brockhouse became the

3  deputy.  What was his position?

4      A    Right, so he was the deputy director of

5  the office.

6      Q    Deputy director serving --

7      A    For Parental Options and Information.

8      Q    Serving under Fiegel?

9      A    Correct.

10     Q    Was this a competitive, was this position

11  open for competition?

12     A    I don't believe so.  I believe we

13  lateraled him into that position.

14     Q    And why was the position not open for

15  competition?

16     A    Well, we have the authority to provide a

17  lateral.  It was a lateral move.

18     Q    Who decided that there would be a lateral

19  move?

20     A    As I can recall it was a joint decision

21  between John; I would have been involved even

1      though I wasn't in the chain of command, as part

2      of the senior team; and probably our executive

3      officer, Margo Anderson.  And I don't recall if

4      Nina Rees was involved in that decision.

5          Q    Were other employees given an opportunity

6      to compete or obtain this position that Brockhouse

7      was lateraled into?

8          A    I'm not sure I understand your question.

9          Q    Were other folks on the team, I mean I

10     assume you had other people at the level,

11     Brockhouse level, who could have conceivably

12     received this position.  Were they given an

13     opportunity to compete?

14         A    I think there was only one other GS-15 in

15     the office at the time besides Mr. Fiegel.  And

16     again, to my knowledge, no, we did not compete

17     that position.

18         Q    So in your prior testimony you said that

19     Ms. Green-, is it -field or -feld?

20         A    Honestly, I don't know.

21         Q    Okay, Ms. Greenfield.  I'll just say

1      Greenfield.  Her position, the duties were split

2      between Mr. Brockhouse and Ms. Kilby-Robb.  Did

3      you have any involvement in the decision to split

4      the duties?

5          A    I was involved in the discussions.  I,

6      you know, recall first of all meeting with Ms.

7      Kilby-Robb when we were going through the

8      reorganization.  We made it very clear that we had

9      an open door policy.  Reorganizations can be a

10     time of anxiety for people and so we wanted to

11     keep the lines of communication open.

12          And Ms. Kilby-Robb scheduled an

13     appointment and came and met with me.  She

14     explained her background and told me a little bit

15     about the program and explained to me that she was

16     interested in receiving a promotion to a GS-14.

17          But subsequently when we made the

18     decision and really became aware that we needed to

19     add a deputy in that office and made a decision

20     that that deputy would have lead responsibilities

21     for a number of programs, including the Parent

34

1    Information Resource Center program, my

2    understanding was that basically we decided that

3    we no longer needed another GS-14 at that level.

4        Q    Who was involved in this decision that

5    you no longer needed a GS-14 at this level?

6        A    So again, as I recall, I imagine that I

7    was involved in that decision in again kind of an

8    advisory way.  John Fiegel, Ms. Anderson.

9        Q    Was there any formal step taken to

10   abolish the GS-14 position that was formerly held

11   by Ms. Greenfield?

12       A    Not that I'm aware of, and I'm not again,

13   I'm not aware that there was a position per se.

14   My understanding was that Ms. Greenfield performed

15   other duties as well in addition to the duties she

16   performed for the PIRC program.

17           So the question we had to ask was, you

18   know, are there responsibilities, is there work to

19   be done at a GS-14 level under the new

20   configuration.  And at that time the decision was

21   no.

1      Q    So a decision was made that there was not

2    work to be done at the GS-14 level?

3      A    Right.  That's how I recall it.

4      Q    But you had a 15 performing some of Ms.

5    Greenfield's former duties?

6      A    Because he was able to provide some of

7    the leadership on that program we didn't think

8    that we also needed a GS-14.

9      Q    And this person was Brockhouse?

10      A    That's correct.

11      Q    Did Brockhouse have any experience in

12    this area before this reorganization?

13      A    He has extensive experience in parental

14    options.

15      Q    Had he worked directly on that program or

16    any of the programs?

17      A    Not to my knowledge.  Well, not on the

18    Parent Information Center.  He has been involved

19    with the Magnet Schools program for much of his

20    career.  He's known as probably the preeminent

21    expert in the field on magnet schools and in



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE DEPUTY SECRETARY

SEP 1 8 2002

**MEMORANDUM**

TO:      Keith Berger, Executive Officer
         Office of Management

FROM:    The Deputy Secretary

SUBJECT:   Necessary Organizational Changes

Please take the necessary administrative actions to effect the following organization changes, which are detailed in the attached reorganization package:

- Create an Office of Innovation and Improvement (OII), to be led by a Deputy Under Secretary. This office will be responsible for various programs designed to improve education in the United States including encouragement of charter schools, school choice initiatives, the Office of Non-Public Education currently in OIIA, the Family Policy Compliance Office currently in OM, and the Fund for the Improvement of Education currently in OERI. All of the discretionary programs coming from OERI will be housed in OII. The new Office will also absorb most of the programs from School Improvement Programs in OESE. At the beginning, OII will have vacancies. These are expected to be filled from within the Department.

- Create an Office of Safe and Drug-Free Schools (OSDFS) to be led by a Deputy Under Secretary who would have oversight over programs and staff currently in Safe and Drug-free Schools Programs in OESE. Other programs related to citizenship and character education will also be part of this office.

- Due to the transfer of functions and staff from the Office of Reform Assistance and Dissemination (ORAD), the Office no longer has the staffing to support four suborganizations. These will be eliminated to create a unitary ORAD.

- The Office of Elementary and Secondary Education (OESE) would be affected by the transfer of many of its discretionary grant programs to either OII or OSDFS. As a result, programs and staff not being transferred will be assigned to the Academic and Demonstration Unit (to be retitled as a Group) or School Support and Technology Programs.

- Move the Budget Service intact from the Office of the Under Secretary to the Office of the Deputy Secretary in order to strengthen the Deputy Secretary's ability to direct the formulation and execution of the Department's budget and

*Our mission is to ensure equal access to ed          nal excellence throughout the Nation.*

*No. 3*

Keith Berger – Page 2

to fulfill his role as the Chief Operating Officer of the Department as directed by the President's memorandum of July 11, 2001.

- Create a Strategic Accountability Service to report to the Deputy Secretary. The Service would be responsible for oversight of the Department's strategic plan and annual performance reports, providing performance information for the Department's budget in accordance with the Government Performance and Results Act, and working with the Department's program offices to develop meaningful and accurate performance indicators. The Service would also work to assure consolidation and integration of ED data collections.

- Move program evaluation from the Planning and Evaluation Service to a new National Center for Education Evaluation in the Office of Educational Research and Improvement. This is designed to assist OERI in developing the capacity to oversee numerous high quality evaluation studies.

- Retain international affairs in the Office of the Under Secretary but remove it from the Planning and Evaluation Service to report to the Under Secretary. Also, transfer the function of oversight of the US Network for Educational Information, a specialized service dealing with international exchange issues, from OERI.

- The remainder of PES would remain in the Office of the Under Secretary and would be renamed as the Policy and Program Studies Service. This newly focused office will continue to produce descriptive implementation studies and will also serve as an incubator of new policy ideas.

- Move the Management Operations Staff in the Office of the Under Secretary to the Office of the Deputy Secretary.

- Revise the functional statement of the Office of the Chief Information Officer to note that the CIO reports to the Secretary and the Deputy Secretary for policy purposes and through the Assistant Secretary for Management (ASM) for operational purposes; all matters that the CIO performs, including but not limited to, operations and operations planning, and day-to-day activities, will be under the jurisdiction of the ASM. This will assure the close coordination on information management matters between the ASM responsibilities and OCIO. To further assure this coordination, the Office of Management's Executive Office will provide all administrative services to OCIO. One position from the Office of Chief Financial Officer's Management Operations Staff will be transferred to OM's Executive Office. The position serves OCIO only.

Keith Berger – Page 3

- Change the functional statements for Department's program Principal Offices, (OSERS, OPE, OERI, OESE, OELA, and OVAE) to note that they report to the Secretary and Deputy Secretary through the Under Secretary for policy matters and through the Deputy Secretary for program operations which includes management and budget issues. This assures that high-level officials will coordinate and oversee the activities of the various programs and allow us to integrate their activities in support of the President's education initiatives.

The current and proposed sections of the package include only the affected organizations. For example, in OESE, we have not included the Office of Migrant Education because it is not affected by this reorganization.

The Department's Delegations Control Officer should work with the receiving offices to assure the prompt revision of the impacted delegations of authority. No adverse impact is anticipated for any employees affected by these organizational changes.

Attachments

TAB A:  Current Organizational Charts for Affected Organizations
TAB B:  Proposed Organizational Charts for Affected Organizations
TAB C:  Current Functional Statements for Affected Organizations
TAB D:  Proposed Functional Statements for Affected Organizations
TAB E:  Current Staffing Patterns for Affected Organizations
TAB F:  Proposed Staffing Patterns for Affected Organizations

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - - x
                            :
Patricia Kilby-Robb,         :
                            :
       Complainant,    :
                            :
      v.              : EEOC WFO No.:
                            : 100-2004-00801X
Margaret Spellings, Secretary, :
U.S. Department of Education   :
                            : Agency No.:
         Agency.       : ED-2004-04-00
                            :
- - - - - - - - - - - - - - - - x

Washington, D.C.

Tuesday, June 14, 2005

Deposition of

NINA REES

a witness of lawful age, taken on behalf of the

Complainant in the above-entitled action, before Ed

Greenberg, Notary Public in and for the District of

Columbia, in the Law Offices of David A. Branch, 1825

Connecticut Avenue, N.W., Washington, D.C., commencing

at 11:44 a.m.

6

1        Are you currently employed?

2    A    Yes.

3    Q    In what capacity?

4    A    I'm the assistant deputy secretary for the

5  Office of Innovation and Improvement at the U.S.

6  Department of Education.

7    Q    How long have you been in that position?

8    A    I began work as a consultant at the department

9  in October of 2002.  The office officially opened and I

10  became a full-time employee in December of 2002.

11    Q    How did you gain the position?

12    A    I was asked by the secretary to interview --

13  well, I was asked by the deputy secretary to consider

14  this new position, and I came in for an interview with

15  the secretary, former Secretary Paige, as chief of

16  staff, and was eventually selected to run the office.

17    Q    Was this a competitive selection?

18    A    I believe so.  You may want to ask them.  I'm

19  a political appointee.

20    Q    How far have you gone in school?

21    A    I have a Master's degree in international

22  transactions.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

18

1    remember if she conveyed that to me or it was just

2    something that I was aware of.

3         Q    Okay.  And how was this brought to your

4    attention?

5         A    I don't know.

6              That's the vague answer.

7         Q    And what response or what did you do with this

8    information?

9              Did you take any action?

10        A    No.

11        Q    And why not?

12        A    Well, the action that we have taken ever since

13   some of these issues have come to my attention is that

14   we've asked John Fiegel to draft a program description

15   for us to compete the position and -- because the way

16   the GS levels work is you can only move up to a certain

17   point in your career ladder.

18             Beyond a GS-12, from what I understand, you

19   have to advertise the position and have people compete

20   for the post, and then we select someone who is

21   qualified, or John selects someone who is qualified.

22   So, we are in the process of creating this program

19

1    description, and we will be posting it in the near

2    future.

3         Q    Have there been any promotions in that office

4    since you arrived?

5         A    Within the Office of Innovation and --

6         Q    Yes.

7         A    -- Improvement?  Yes, we have had a number of

8    promotions.

9         Q    And do you recall who those folks were?

10        A    I can give you all of the details.  I have a

11   sheet of -- do you want me to --

12        Q    Yeah, if you have it.

13        A    I don't know the names offhand, but I can --

14        Q    Okay.  We'll make a copy of this.

15             (Pause.)

16             BY MR. BRANCH:

17        Q    So, I believe you said what you've done is ask

18   Fiegel to compete the GS-14 position for this team

19   leader position for the PIRC program.

20        A    Again, I don't know if it's going to be called

21   the team leader position for the PIRC program, but it

22   will be a job that will include the PIRC portfolio.