U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WASHINGTON FIELD OFFICE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PATRICIA KILBY-ROBB,                    :

                                        :

        Complainant,                    :

                                        :

    vs.                                 : EEOC WFO No.:

                                        : 100-2004-00801X

MARGARET SPELLINGS, SECRETARY,          :

U.S. DEPARTMENT OF EDUCATION,           : Agency No.:

                                        : ED-2004-04-00

        Agency.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x Varice Henry, AJ
```

Washington, D.C.

Monday, June 13, 2005

Deposition of:

JOHN FIEGEL,

a witness, called for examination by counsel for

the complainant, pursuant to Notice, commencing

at 11:36 a.m., at the Law Offices of David A.

Branch, 1825 Connecticut Avenue, Suite 690,

Washington, D.C., before Betty A. Chreky, Notary

Public in and for the District of Columbia, when

were present on behalf of the respective parties:

Di... ...vices, Inc.
110... ...NW ...econd Floor
... ...036

6

1    Department of Education.

2        Q    Parental Operations and?

3        A    Information.

4        Q    What is your grade?

5        A    I am a GS-15.

6        Q    How long have you been a GS-15?

7        A    I really don't know.  I'm not sure

8    exactly.

9        Q    How long have you been at the

10   Department of Education?

11       A    I was there when it became the

12   Department.  I started when it was the Office of

13   Education, in May or June of 1976.  May, I think.

14       Q    How far have you gone in school?

15       A    I have a BS degree.

16       Q    From what school?

17       A    University of Texas at El Paso.

18       Q    How long have you been in your current

19   position?

20       A    As director of PIRC?  Since December of

21   2002.

22       Q    Who do you report to?

7

1        A     Right now I report to Margo Anderson

2   and Nina Rees.

3        Q     Margo Henderson?

4        A     Anderson.

5        Q     Have you reported to others?

6        A     Yes.  Most recently Michael Petrilli.

7   But he left the Department last month.

8        Q     What period of time did you report to

9   Petrilli?

10        A     I reported to him off and on since

11   December, 2002.  But I would report to him at

12   some point.

13             And there was a person, chief of staff,

14   and left then.  I reported to Nina for a while.

15   So I reported basically to Mike and Nina most of

16   the time.

17        Q     When did you first become acquainted

18   with Ms. Kilby-Robb?

19        A     Same time, December, 2002.

20        Q     Prior to December, 2002, what was your

21   job?

22        A     Before that, you know, I don't recall

10

1    program.

2         And we received those people with their

3    PDs and grade levels and were now asked to run

4    that program.  Same with the Credit Enhancement

5    program.  Same staff with the grades they had,

6    with PDs they had.  And they didn't really

7    substantially change.

8         Q    So you received three people.  Who were

9    those folks for the PIRC program?

10        A    James Guitard, Rachel Couch and

11   Patricia Kilby-Robb.

12        Q    What happened to Daisy Greenfield?

13        A    I have no idea.  I wasn't involved in

14   that decision.  I don't know how the decision was

15   made.  I don't know why she didn't come to that

16   program.

17        Q    Was she the team leader of that

18   program?

19        A    I am not sure what her title was.

20             (There was a pause in the proceedings.)

21             BY MR. BRANCH:

22        Q    In your last response you were not sure

11

1    what Daisy Greenfield's job was before this

2    reorganization?

3        A    No.  We didn't work in the same office.

4        Q    Let's talk about the reorganization,

5    how it came about and the duties after the

6    reorganization.  First, how did this

7    reorganization come about?

8        A    Well, you know, I know about as much

9    about it as Patricia, probably.  All I know is, I

10   was told we were moving to a new office that

11   would house discretionary grants.  I'm not sure

12   if I need to explain that or not.

13           The Office of Secondary Education had

14   been the program that included all grant programs

15   that dealt with elementary and secondary

16   education.  Funds go to states based on a formula

17   and discretionary grant programs.  And those are

18   the programs where competitions are held for

19   those funds.

20           The administration decided to

21   reorganize the office, create the Office of

22   Innovation and Improvement.  So the competitive

12

1   grant programs could be a little more

2   entrepreneurial, a little more streamlined, than

3   under the Office of Elementary and Secondary

4   Education and dealt with the same sort of areas

5   together.

6           One of those areas for me, part of the

7   office I had been in, Patricia had been in, was

8   the choice part of the Department.  All the

9   programs basically that dealt with parental

10  choice, Magnet Schools, Charter Schools, came

11  together.

12          And then the office that informed

13  parents about a lot of things was also put there

14  so that that office could be sort of redirected

15  within its statutory purpose to inform parents

16  about the kinds of choices and supplemental

17  services available to them as a result of the No

18  Child Left Behind provisions.

19          I'm sure there's probably a long list

20  of steps and meetings that took place.  I was not

21  involved in those.  That was pretty much what I

22  was told when I was told I would be going to that

13

1   office.  I wasn't part of the management piece

2   that changed that.

3       Q    Did you know Ms. Kilby-Robb before this

4   reorganization?

5       A    You know, I didn't know her.  I had

6   seen her in the hall a couple of times.  She

7   talked to a really good friend of mine.  I don't

8   know if we ever met, but I would say "Hi" every

9   now and then.  I don't think we really knew each

10  other, though.

11      Q    What was Ms. Kilby-Robb's position

12  after the reorganization?

13      A    After the reorganization, she -- well,

14  immediately after the reorganization, she

15  basically is a program officer for the PIRC

16  program.  After we met and I met with all three

17  of the people coming to the program.

18          And it was sort of our practice, or had

19  been my practice, anyway, that OESE could have a

20  lead person for a program.  And it was usually

21  based on the grade of the person or the knowledge

22  of the person.

14

1        And I really I knew the grades of the

2    people, but I wanted to meet with them and, you

3    know, see how things worked.  And I won't go

4    through the meetings.

5        Patricia was the senior person.  I

6    asked Patricia to be the acting team leader.  And

7    in my mind that meant the lead person for that

8    program.  That was what her position was for a

9    four-month period between January and April of

10   2003.

11   Q    January and April of 2003 or 2004?

12   A    Well, the original period for which the

13   complaint was started was January, 2003 through

14   April, 2003.

15       She maintained the position of lead

16   person for the PIRC program from that time on.

17   She called herself acting team leader.  Other

18   people preferred her as a lead person.  But she

19   was the lead program officer for the PIRC

20   program.  And is now.

21   Q    Did you specifically ask her to serve

22   as the acting team leader?

15

1      A    I did, yes.

2      Q    Did you have any discussion with

3  Ms. Kilby-Robb about what her grade should be as

4  the acting team leader?

5      A    Yes, I did.

6      Q    What was the nature of those

7  discussions?

8      A    Well, it came to light that she was

9  assuming that since she was acting team leader,

10  she was assuming a GS-14 position, presumably

11  Daisy Greenfield's position: well, Daisy was the

12  team leader.  Now I am in a GS-14 position.

13      I tried to explain to her that we had

14  no GS Position 14.  Daisy kept her position.

15  Daisy kept her job.  In fact, you know, she's

16  been promoted since she was a 14.  I don't know

17  how much of a job she kept.  But they kept her

18  with her position description.

19      Patricia came to us with her position

20  description.  It did not change.

21      Q    She came to you as a program officer?

22      A    And she essentially said as a program

16

1    officer, but she was a senior program officer for

2    a program.

3        Q    I assume prior to the reorganization --

4    correct me if I am wrong -- Daisy Greenfield

5    performed a number of duties as a GS-14?

6        A    I would assume she did.  Like I said, I

7    didn't work with her.  I really didn't know

8    anything about a PIRC office until it came to us.

9        Q    So after the reorganization, did

10   Ms. Kilby-Robb assume the responsibilities

11   performed by Daisy Greenfield?

12       A    No, she didn't.  She stayed a senior

13   program officer.  Most of the responsibilities I

14   presume you are talking about Daisy had as a

15   supervisor were given to Steven Brockhouse.  He

16   had the level of decision-making

17   responsibilities.  He had the level of

18   supervisory freedom that Daisy had.

19            Patricia didn't.  She was a senior

20   program officer.  She was not given that level

21   that Daisy had.  She didn't have those

22   responsibilities.

17

1    Q    When this program was with Daisy, or

2    when Ms. Greenfield had this program, was she

3    solely responsible for the PIRC program?

4    A    I don't know.

5    Q    What about Brockhouse, did he have

6    responsibility for the PIRC program?

7    A    Yes.

8    Q    On a day-to-day basis?

9    A    Yes, he had responsibility for that

10    program and for the Magnet Schools program.

11    Q    Did Ms. Kilby-Robb implement all major

12    program components for the PIRC program?

13    A    She participated in them.  She didn't

14    do them by herself.  She was one of the people

15    that helped to do that, yes.

16    Q    Who else was involved?

17    A    The team themselves, Steve Brockhouse,

18    myself, other people from the front office.  We

19    all worked together to sort of change the

20    direction of the program, actually.

21        Because, like I said, the idea was to

22    establish a program that provided information to

18

1    parents, the opportunities available to them

2    under No Child Left Behind.  That had not been

3    going on.  It was more of an assistant-type

4    program.  The major players in that piece were

5    the front office and me and Steve.

6        Q    Did Steve Brockhouse have experience in

7    the PIRC program before the reorganization?

8        A    No.  Not that I know of anyway.

9        Q    Is it true that Ms. Kilby-Robb took the

10   lead on every assignment on the PIRC program

11   after she became the acting team leader?

12       A    Not in my mind.  He took the lead

13   responsibilities for the Magnet Schools program

14   and PIRC program.  He's the one that made sure it

15   got done.

16            She was the lead program officer for

17   the program.  Richard Cress was the leader for

18   the Magnet Schools program.

19       Q    What about scheduled staff meetings,

20   was that Brockhouse or Ms. Kilby-Robb?

21       A    I know that Steve scheduled some

22   meetings.  I don't know if Patricia did.  I

19

1    didn't see her scheduling meetings.  I think you

2    have to ask Steve that question because I am not

3    really sure who scheduled meetings.

4        Q    Who is responsible for the CORE

5    responsibilities in the PIRC program?

6        A    Well, ultimately, I am.  Because I am

7    the one who has been delegated the authority for

8    that program.

9            But, secondly, because Steve is

10   actually the supervisor for that program, he did.

11       Q    Is he certified as a CORE officer?

12       A    No.  But neither am I.

13       Q    Is that a requirement, to exercise CORE

14   responsibilities you have to be certified?

15       A    CORE responsibilities are a little

16   different from supervisory responsibilities.

17   CORE responsibilities are related to monitoring

18   contracts.  And, yes, you should be certified to

19   monitor contracts.

20           The Department has let people get away

21   with not being certified and monitoring contracts

22   until they could get certified.  That is sort of

20

1    a front line, low level responsibility.  We have

2    GS-8s and 9s.  It's a technical job.  It's not a

3    supervisory level or decision-making level.

4         Q    Did Daisy Greenfield have that

5    responsibility before the reorganization, the

6    CORE responsibility before the reorganization?

7         A    I actually thought Patricia had it.  I

8    don't know that she did or not.

9         Q    Did you have a meeting at any point

10   with Ms. Kilby-Robb where she said, I'm doing all

11   these duties Daisy Greenfield used to do,

12   including the CORE responsibilities and the

13   competition manager or team responsibilities?

14        A    I had several meetings with her about

15   it.  And we differed on the level of

16   responsibility she had.  She was a CORE.  I

17   didn't really know that Daisy had been a CORE.

18   CORE is not a really great assigning

19   responsibility.

20             As far as being the competition

21   manager, sure, I know she was the competition

22   manager.  We have 13s who do that every time we

21

1    have a competition.

2        Q    But do you have program officers who

3    take on additional responsibilities as

4    competition managers and CORE officers?

5        A    Absolutely.  We have several.

6    Iris Lane.

7        Q    Does Ms. Lane have a staff under her

8    responsibility?

9        A    She doesn't now.  And, actually,

10   Patricia doesn't, either, have a staff under her

11   responsibility.

12       Q    Weren't there two folks?  You made her

13   the acting team person on this program -- allow

14   me to finish.  Leader with two people working on

15   her team, is that correct?

16       A    Yes.

17       Q    Who were these other folks that you

18   believe who are program officers who also have

19   CORE responsibilities and competition manager

20   responsibilities and team leader

21   responsibilities?

22           You said Iris Lane?

22

1      A    Iris Lane.  Donna Hoblit.

2      Q    What is her grade?

3      A    GS-13.

4      Q    What is Donna Hoblit's team?

5      A    Well, she did have the Charter Schools

6  team for a while.  Well, she's the lead person --

7  again, she's not a team leader.

8      Q    Does she have a team working with her?

9      A    Well, it's a little different setup

10  now.  Originally, each sort of service was

11  separate.  There was a Magnet team.  There was a

12  PIRC team, a Charter Schools team.  And Steve's

13  side of the office, they really kind of work on

14  both programs together.  So there's one big team,

15  really, Magnets and PIRCs teams.

16          But, no, Donna does not have a team

17  that she was the lead person of.  The lead person

18  is a small program.  And Iris did have two people

19  working with her, but they are working other

20  projects now.

21      Q    Anyone else?

22      A    Let me think.  No one else has the

33

1     Q   Did you tell Ms. Kilby-Robb that your

2  wife had to basically force you to accept this

3  African-American person in your family?

4     A   Never, never.  That's fantasy.

5     Q   Did you have a difficult time accepting

6  an African-American in your family?

7     A   I did not.

8     Q   One of the issues raised by

9  Ms. Kilby-Robb was this evaluation that she

10  received after serving in the acting team leader

11  position.  The specific issue was whether the

12  Agency discriminated against her based on her

13  race or sex when she was issued a Successful

14  rating on her performance as an education program

15  specialist for the period January 1, 2003, until

16  April 30, 2003.

17     Were you involved in the evaluation of

18  Ms. Kilby-Robb's performance?

19     A   Yes.

20     Q   Do you know what her performance

21  evaluation was the year before she was evaluated

22  in her performance?

34

1      A    I do not.

2      Q    What was your involvement in the

3   evaluation of her performance?

4      A    Well -- and I don't know if you want to

5   get into the confusion over who was actually the

6   supervisor.  But I served as the supervisor, so I

7   did the rating.

8           And Steve was actually doing the

9   day-to-day supervision because we assumed that

10  when we all transferred to the Office of

11  Innovation and Improvement that he was made the

12  deputy with supervisory responsibilities for

13  about half of the staff in my office.

14          It turned out that even though he was

15  doing those responsibilities, that his position

16  description had not been changed by the front

17  office.  So that he could not be selected as a

18  supervisor in the EDPAS system.

19          It was a brand new system.  It was the

20  first time we had ever used that system.  It was

21  the first time we had done ratings in that

22  system.

35

1          And when we found out that he couldn't

2     be selected as a supervisor, I was pretty much

3     told to do the ratings for everybody.  So that's

4     what I did.  And what I did, I did my own rating,

5     using the EDPAS tools that were provided to us,

6     independently.

7          And Steve's rating, you know, I asked

8     him for his input.  And his input was the same

9     rating.

10     Q    And that rating was "Successful"?

11     A    Right.

12     Q    And Ms. Kilby-Robb received the same

13     evaluation as James Guitard?

14     A    Well, I wouldn't characterize them as

15     the same.

16     Q    Overall it was the same rating: it was

17     Successful?  Is that correct?

18     A    Yes.

19     Q    Now you evaluated Mr. Brockhouse that

20     same year, correct?

21     A    Yes.

22     Q    And you gave him an Outstanding rating?

36

1      A    I did.

2      Q    After Ms. Kilby-Robb became the acting

3   team leader, was she given mandatory assignments

4   that were usually given to GS-14 employees?

5      A    No.

6      Q    Was she ever given any mandatory

7   assignments above her program officer job?

8      A    No.

9      Q    During the course of the year leading

10  up to this evaluation, did you meet with

11  Ms. Kilby-Robb or send her anything in writing

12  saying that your performance was at the

13  Successful level or not above the Successful

14  level?

15     A    No.  I didn't.  Again, it was a very

16  abbreviated period.  We had been, all of us, in

17  other offices for most of the rating year.  Three

18  quarters of the rating year we had been in other

19  offices.

20          And the other thing, I didn't

21  personally consider a Successful rating to be a

22  negative thing.

37

1      Q    Successful rating, where does it fall

2  in the rating standard?

3      A    It's in the middle.

4      Q    So, basically, you are saying she's an

5  average employee?

6      A    Well, she was then for that four-month

7  period, yes.

8      Q    And for this four-month period, she was

9  performing her program officer duties as well as

10  the acting team leader duties, but you thought

11  she was an average employee?

12     A    Well, it's not a matter of what she was

13  performing, it's how she was performing it and

14  what needed to be done as a result of her

15  performance.

16         The areas where she was rating are

17  pretty clearly spelled out in her performance

18  agreement.  And some of those pieces of her

19  performance agreement where she received an

20  average rating were areas where she did not

21  really do most of the work.

22         The application development part, the

38

1    policy development piece, the development of the

2    priorities for that program, was done in the

3    front office and by Steve, the priority for

4    projects to provide information to parents about

5    the choices available to them under No Child Left

6    Behind.

7        Q    So why would she receive a lower rating

8    when he actually did perform this task?

9        A    Well, that's exactly the point.  If she

10    didn't do the work, she really wouldn't be

11    getting the rating for it.

12        Q    Well, again, it seems to me that she

13    would not be rated at all if someone else was

14    performing --

15        A    She participated in the --

16        Q    Allow me finish.  It seems to me that

17    she would not receive a rating at all if she

18    didn't perform the task, if someone else

19    performed the task.

20        A    Well, she did do some work on that

21    task.  I mean, she did provide information about

22    how she helped develop the application package

41

1   Rachel and James came back.  I'm not sure who

2   came back first.  It was either Rachel and James

3   or Patricia.  Which one came back first.

4        But, basically -- and the only way I

5   know how to put this is -- to sort of badmouth

6   the other.  James and Rachel said, oh, please

7   don't let her be the team leader.  You know, she

8   never shares information.  She can't stand us.

9   She doesn't think we do our job, you know.  All

10  kinds of, you know, things.

11       Patricia came back and said, you know,

12  James is not going to do any work.  I don't think

13  she said anything about Rachel.  I'm not really

14  sure whether she did or not.

15       But, basically, you know, they both --

16  it was pretty obvious that there were two

17  distinct camps there, you know.  And I thought

18  about it, you know.

19       And I had talked to Audrey Smith, you

20  know.  She asked to talk to me before -- well,

21  actually, maybe it was the time that people were

22  assigned.  And she told me that she actually

42

1    thought that James might end up being a problem,

2    you know, and to make sure I documented anything

3    with him.

4         And she told me that she thought Rachel

5    actually would be the better CORE for the

6    contract and that if she had the grade level, she

7    would have been the better lead person for the

8    program.

9         But after I met with everybody, I

10   thought, you know, no, I think Patricia is a 13,

11   she's got the maturity to do this.  She should be

12   the lead person.  So I kind of tried to disregard

13   the problems they had on that team, the immediate

14   problems.

15        And then Steve, you know -- Steve and I

16   I think worked really hard to kind of get this

17   team functional as a team, more than as

18   individuals, you know, going in different

19   directions, just to improve the performance of

20   the program, to get the program operating the way

21   it should be operating.

22        And I think that we have come a long

43

1  way with that, you know.  But it was a lot of

2  work.  It was tough work to do.

3      Q    Was Ms. Kilby-Robb able to successfully

4  perform the duties as the acting team leader?

5      A    As the lead person on the program, yes.

6  And I think we need to define what we are talking

7  about here.  Because when Patricia says acting

8  team leader, she's talking about the

9  responsibilities that Daisy Greenfield had.  When

10  I'm talking about acting team leader, I'm talking

11  about the senior person for that program.

12          Yes, she was adequately able to do

13  those responsibilities because she was

14  essentially a senior program officer.  She's not

15  really a team leader in the sense that she has

16  that in her position description or that she's a

17  supervisor.  She's the lead person in that

18  program.  So in that sense, yes, she was able to

19  successfully perform those duties.

20      Q    Did Ms. Kilby-Robb perform the same

21  duties as the other team leaders under your

22  supervision?

44

 1      A     Not all of them, no.

 2      Q     And how so?  Which ones?

 3      A     Well, I have a GS-15 team leader who

 4  operates pretty independently.  And he's really

 5  the only one who understands what happens in his

 6  program.  It's a highly complicated financial

 7  management program.

 8      Q     Who is that person?

 9      A     James Hauser.

10      Q     What is his race?

11      A     He's white.  He actually came to us --

12  he was one of the new people who came to us.  He

13  came to us, you know, with that grade, with that

14  program.

15      Q     Which program is it?

16      A     It's the Credit Enhancement for Charter

17  Schools Facilities program.

18            And then the other program he has is

19  the State Per Pupil Incentive Funds for Charter

20  Schools Facilities program.

21            So he has two highly complex programs

22  that he is really the Agency expert on and pretty

45

1    much, you know, operates with a little

2    supervision, but not anywhere near the kind of

3    supervision that 13s operate with.

4         We also have one other person who is

5    the director of the Public Charter Schools

6    program, a GS-14, and was hired as a GS-14.

7    Q    Who is that person?

8    A    That's Dean Kern.

9    Q    What is his race?

10   A    He's white.  And he was hired by the

11   Agency because of his expertise in Charter

12   Schools.  And he was hired at that grade level

13   and with the title as Director of Charter

14   Schools.  That was the position that he competed

15   for.  That was the position that he was hired

16   for.

17        And then we have several lead people --

18   the other lead people in programs are 13s.  And

19   they don't perform -- they do not.  They don't

20   have the same level of authority.  They don't

21   have the same level of policymaking ability.

22   They are really operating at sort of a lower

46

1    level.  And those responsibilities fall more on

2    me as a supervisor for some of those people and

3    for Steve as supervisor for both Magnet Schools

4    and the PIRC programs.

5         Q    And these other 13s are team leaders?

6         A    Well, they are lead people in the

7    programs.

8         Q    Who are those folks?

9         A    Iris Lane; Donna Hoblit; Richard Cress,

10   the same person for Magnets.  I think that's it.

11        Q    Was Ms. Kilby-Robb considered the

12   expert for the PIRC program?

13        A    No.  She wasn't.

14        Q    Why do you say not?

15        A    Well, immediately when the office was

16   first started, Daisy was still seen as the

17   expert, the Agency expert, for the PIRC program.

18             As far as new policy and sort of new

19   direction in the PIRC program, I think I would

20   say that more people would consider Steve the

21   expert on the PIRC program now than they would

22   Patricia.

47

1    Q    So two years ago in 2002 Steve had no

2    experience in the PIRC program and now he's the

3    expert in the PIRC program?

4    A    Well, I'm not sure I would call anybody

5    the expert in that program, to be honest with

6    you.

7    Q    Well, you just said Steve was the

8    expert in the program.

9    A    Well, as far as the direction it's

10   taken over those last two years, yes, I would say

11   he's the expert on the direction the PIRC program

12   has taken for the last two years, yes, since it's

13   come in our office.

14   Q    Does he have responsibility for

15   programs for other than the PIRC program?

16   A    The Magnet Schools program.

17        However, let me clarify it.  I think of

18   Patricia as the most knowledgeable person in our

19   office about the PIRC programs.  And she is

20   relied upon to provide information about PIRCs.

21   There is no question about that.

22        And, you know, if there was such a

48

1    position as the Agency expert, sort of the person

2    with that level of knowledge, if there was such a

3    position existed, a 14 position, that existed

4    before and did not come to us, then I would think

5    that she would be able to apply for that

6    position.   But we don't have that position right

7    now.

8         Q    The performance appraisal that

9    Ms. Kilby-Robb received, how did she receive this

10   performance appraisal?

11        Were you involved in the performance

12   standards or determining what work she performed?

13        A    I'm not sure that I exactly understand

14   the question.

15        Q    The actual performance appraisal.   I

16   want to walk through this process.

17        A    Right.

18        Q    Did she provide input or did you

19   provide the information for the evaluation on

20   what she had actually done for this period of

21   time?

22        A    Well, to go back to the development of

49

1  the performance agreement, those were pretty much

2  sort of a standard piece for people in OII.  So

3  that was the first piece.  Everybody developed a

4  performance statement for that short period of

5  time.

6       I did ask everybody in my office to

7  provide me with a summary of their

8  accomplishments for that rating period.  And

9  everybody -- well, generally everybody does that.

10      Patricia provided a list of those

11 accomplishments.  I used that list.  And I used

12 my own knowledge about, you know, the work that I

13 knew she was performing over that period of time.

14      Q    During this period of time, was

15 Brockhouse her supervisor or were you the

16 supervisor?

17      A    Well, that's a really confusing thing.

18 We all thought that Steve was at first.  Because

19 when we moved, we were told, I am the director,

20 he's the deputy director.  He has to supervise

21 half of the staff because the staff was large

22 enough that Personnel wouldn't allow me as, you

50

1    know, a single supervisor to supervise that many

2    people.

3             So he was listed as the supervisor.  He

4    was called the supervisor.  However he could not

5    do the ratings because he didn't have a

6    supervisory addendum on his PD.  So I, in

7    essence, was the supervisor.

8             And it was confusing.  It was confusing

9    to everybody who was on his side of the office.

10   All the Magnet School staff, all the PIRC staff.

11   It is a confusing -- it was confusing to us, to

12   Steve and I, both.

13      Q    Now you said you provided some of the

14   input in Ms. Kilby-Robb's evaluation or

15   performance standards and she provided some of

16   the input.  Was there an issue of Ms. Kilby-Robb

17   being out for bereavement leave --

18      A    No, it was not --

19      Q    -- and not being able to complete --

20      A    No, that's not an issue.  It was never

21   an issue.

22      Q    During this time period, was she out on

51

1    leave for the death of her father?

2        A    Yes.

3        Q    And did it become an issue or did she

4    raise it as an issue at some point that I was not

5    given an opportunity to tell you everything that

6    I did?

7        A    She may have raised it as an issue,

8    yes.  I think she did raise it as an issue.

9        Q    When you gave her the evaluation, did

10   you consider all the tasks that she had performed

11   in this prior rating period in issuing her this

12   evaluation?

13       A    Yes.

14       Q    How is it that you were able to do that

15   if she didn't provide to you a list of everything

16   that she did?

17       A    Well, I mean, she does work in my

18   office.  So I do know what gets done in that

19   program.  You know.  And I have a pretty good

20   idea of who is doing what.

21            Actually, the staff -- you know, there

22   are 19 people now.  It was 15 then.  So I have a

52

1    pretty good idea of what everybody that I had to

2    supervise and do ratings for was doing.

3        Q    When you issued the performance

4    evaluation, did you take into consideration the

5    fact that she was a program officer and she was

6    performing those duties?

7        A    I actually took into consideration the

8    fact that she was acting as team leader.  And, in

9    fact, I praised her for that.  And, you know, she

10   had actually received a cash award for doing

11   that.

12           I mean, I still see the bone of

13   contention here is that I was totally shocked and

14   taken by surprise by her reaction to a Successful

15   rating.  Maybe she had been used to higher

16   ratings somewhere else.  But I don't see a

17   Successful rating as a negative rating.

18       Q    Well, you issued her the same rating

19   that you issued James Guitard --

20       A    Well, not really.

21       Q    Well, it was the same overall rating.

22       A    I think people have to understand the

53

1    EDPAS system.  You know, the EDPAS system has a

2    wide -- there are five basic bands of ranking.

3    And there's a wide range of scoring in each one

4    of those bands.  And each piece of the -- each

5    critical element is given a number, you know,

6    essentially 1 to 5, for either Totally

7    Unacceptable, two, Outstanding.  And then those

8    scores are sort of averaged in.

9          And Patricia's score was at the very

10   high end of Successful with no Minimally

11   Satisfactory scores, no -- you know, nothing

12   really negative in the rating.

13         And James's rating was at the low end

14   of the scale with some, you know, criticism of

15   the work he had done.

16         So they are really are two different

17   ratings.  But, yeah, the overall rating within

18   that five band rating, yes, they all fall into

19   that Successful range.

20         And, actually, you know, since it was

21   the first time we had done this, I thought, well,

22   I don't know if I like this system because it

54

1    doesn't really give clear delineations all the

2    way through the range.  But I was bound and

3    determined that I was going to be as objective as

4    I could about it, use the tools we were provided,

5    put in the numbers and then not try to manipulate

6    them, put them where I really honestly thought

7    the rating was.  And if somebody came out with a

8    3.99, which is one-hundredth of a point less than

9    Highly Successful, that I was going to go with

10   that, you know.

11          And I still try to do that.  I try to

12   be as objective as I can about it.  You know, if

13   there's a problem with Successful meaning several

14   different things, or any of those bands meaning

15   several different levels of performance, it's a

16   problem with that system, really.

17      Q    You had a meeting with Ms. Kilby-Robb

18   and Steve Brockhouse where you discussed her

19   performance appraisal.  What happened at this

20   meeting?

21      A    Well, I gave Patricia the rating and,

22   you know -- I'm trying to remember.  I don't

55

1    remember exactly what happened.  But I remember

2    some of the major things.

3         I told her Steve was there because, you

4    know, he had been supervising her on a day-to-day

5    basis, basically, and that, you know, I

6    independently came up with a rating.  And he did,

7    as well.  And we both arrived at the same level

8    of Successful.  And that was the overall rating.

9         Then I asked -- you know, Patricia was

10   reading the rating.  And I don't remember if she

11   asked any questions or not.  I think I said, do

12   you have any questions or -- she may have.  She

13   may have asked, you know, some questions or asked

14   Steve a question.  I don't remember exactly.

15        Then the next thing I remember was that

16   she said she -- well, she just basically stood up

17   and said, "I'm leaving."

18        Q    Meaning that she was not pleased with

19   the evaluation?

20        A    Well, that's what I would assume, yeah.

21   And I was surprised at the reaction, because she

22   just basically stood up and said, well, I need

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

56

1    time to look at this because I am going to

2    respond in writing.  And left, she just left the

3    office.

4            And then -- I don't have a copy of the

5    e-mail with me, but she e-mailed Nina something

6    to the effect that she guesses that she's lost

7    her position and now she needs to know what she's

8    supposed to do next.  You know.

9            And Nina asked me, or sent me an

10   e-mail, I think, what is going on here?  And

11   Patricia actually -- you know, I mean, her

12   reaction was that she just -- well, I don't know.

13   Maybe you can ask her what her reaction was or

14   what it meant.

15           But all I know is that she left the

16   office.  She, you know, sent Nina an e-mail

17   saying, now what do I do next?  I've just been

18   fired from my job.  You know.  And it's been

19   going downhill since then.

20           I mean, I thought everything -- I

21   really -- I thought we had a good working

22   relationship.  It's a very short rating period.

57

1    You know, Patricia had been put in a position to,

2    you know, really do something, you know, and to

3    really, you know...

4        Q    Why do you think she would be content

5    with a Successful rating when she was essentially

6    doing two jobs?  She was doing her program

7    officer jobs plus taking on all these additional

8    lead responsibilities.

9        A    Well, I'm not sure that I thought that

10   she would be content.  I mean, I wouldn't say

11   that was the word.  I was really surprised by the

12   reaction.  And the reaction was basically to say,

13   I have been fired from my job.  What do I do

14   next?  You know.  I mean, that's what kind of

15   surprised me.

16            You know, I'm not sure I expected her

17   to be completely content with the rating.  But I

18   expected her to at least be -- to talk about it,

19   you know.

20            And then, you know, I expected some

21   written response to it, that I never got.  In

22   fact, the next written correspondence I got is

58

1    basically there's a complaint now.  I mean, you

2    know, I don't know.  You know, I didn't expect a

3    negative reaction.  No, I didn't.

4        Q    And you would agree that Ms. Kilby-Robb

5    was not only performing the program officer

6    duties as a 13 but she was performing all these

7    additional duties --

8        A    As I said earlier, she was successfully

9    performing the job she was asked to do.  Yes.

10   That's right.

11       Q    When you say, "she was successfully

12   performing," you mean the program officer job, as

13   well as the additional duties?

14       A    The senior program person.  There were

15   no additional duties, really, associated with

16   that.  I mean, there's -- you know, she had

17   the -- the PD did not change.  There were no

18   added-on assignments.  There were no mandatory

19   assignments that were any different from any

20   other senior program officer.

21           So, yeah, I think that -- yes, for that

22   four-month period, the performance was

59

1   Successful.  Yes, I do believe that.

2          And I thought that her performance

3   improved the next year.  Because her rating was

4   "Highly Successful."  I don't -- I mean...

5          MR. FABIA:  Could we take a short

6   break?

7          MR. BRANCH:  Sure.  No problem.

8          (A brief recess was taken.)

9          BY MR. BRANCH:

10      Q   Mr. Fiegel, just a few additional

11  questions.  The meeting that you had in March, I

12  believe it was March, 2004, where you were

13  present and Nina Rees and Ms. Kilby-Robb, as well

14  as, I believe it was, Ms. Marcie Brown, you said

15  that you commented about her EEO complaint.  Did

16  you tell Ms. Kilby-Robb at this meeting --

17         MR. FABIA:  Objection, Mr. Branch.  You

18  mentioned the date of March?

19         MS. KILBY-ROBB:  It's December --

20         MR. BRANCH:  Oh, December.  Excuse me.

21  December, 2004.

22         BY MR. BRANCH:

73

1     A    Well, no --

2     Q    She was the expert.

3     A    -- she was not responsible for

4  implementing the programs.  She was the senior

5  program person.  She was responsible for doing

6  her job, which was monitoring projects and a

7  contract.

8          She was never asked, at least not by

9  me, to do team meetings or any of that kind of

10  thing.  In fact, the meetings were scheduled and

11  called by Steve.  He's the one who started these

12  meetings.

13          This program, as I told you before, was

14  fairly dysfunctional.  I mean, there were people

15  who just did not get along on the PIRC team.

16     Q    What was before the reorganization?

17     A    That was when they came to us.  I don't

18  know what it was like before the reorganization.

19  When that program came to me with the three staff

20  people that were on it, it was a fairly

21  dysfunctional group.

22          And as part of our operation of the

74

1    larger programs, with all of the programs, Steve

2    and I spent a lot of our time, a lot more of our

3    time and attention, on the PIRC program than we

4    did any other program.

5         And, especially he did, because he had

6    direct supervision of that program.  He's the one

7    that would call meetings.  He's the one that

8    would schedule the meetings, you know, to talk

9    about some of the problems and issues with that

10   program.

11        I know Patricia says she was, and she

12   does schedule some meeting now.  But in that

13   short period of time, you know he tried to pull

14   together that team and tried to get them going in

15   a positive direction.

16        And we are talking about a very short

17   period of time.  We are not talking about the

18   last three years.  We are talking about basically

19   a four-month time period.

20        So, yeah, I mean, most -- and the work

21   had to be done, you know.  There was no -- we

22   don't stop doing work.  I mean, you know, we

75

1   continue on with doing things.  I mean -- and we

2   did.  We kept on.  And I think we almost have

3   things kind of straightened out.  But there's

4   still some issues with the program that are a

5   little questionable.

6          The 30 percent, you know, whether the

7   programs are actually using the 30 percent of the

8   money we're required to on certain activities.

9   There was, you know, very little proof of that,

10  so...

11         But I think -- yes, we spent a lot of

12  time, especially Steve spent a lot of time,

13  working directly on that program.  So when you

14  ask the question, the person responsible for the

15  day-to-day operation of the program, I would say

16  he had more responsibility for it than I think

17  Patricia did.  Yes.

18     Q    And isn't it true that Steve had no

19  input on directing that program, the PIRC

20  program?

21     A    What do you mean?

22     Q    Ms. Kilby-Robb was responsible for

79

1        Q    Can you point out what we call the

2    standards?

3        A    Right.  There are seven standards in

4    this agreement under Organizational Priorities.

5        Q    For the record, what were you pointing

6    to at that time?

7        A    Well, No. 1, the Organizational

8    Priorities, which is a critical element, has in

9    this case, in this agreement, has seven

10   standards.

11       Q    For the record, you are looking at

12   Page 1 of the document?

13       A    Yeah, of the EDPAS rating.

14       Q    And you are looking at the middle

15   section of it?

16       A    Right.

17       Q    All right.  Go on, then.

18       A    Well, in this four-month period, only

19   six of these elements did any work occur.  So

20   Patricia was only rated, and other people who had

21   the similar agreement were only rated, for the

22   standards where they actually performed work.

80

1           We did not yet have the competition.

2     That came later in the year.  So the work around

3     the competition, itself, had not been conducted,

4     yet, so there was no rating.  And it was not

5     added into the --

6           Q     That applies to what specific standard?

7           A     That applies to Standard 2, which says,

8     "In years when funds are available for Parent

9     Information and Resource Center grant

10     competitions, leads the process of reviewing

11     applications, including writing the technical

12     review plan, identifying readers, and overseeing

13     the process through grantee selection in

14     accordance with Department policies and

15     procedures."

16           Okay, that had not occurred yet during

17     this rating period.  So Patricia was not rated on

18     that.

19           Q     Now the fact that you did not rate her

20     on that, did you get a challenge from her saying

21     that maybe there was work and you were just

22     mistaken?

81

1      A    No.

2      Q    To the best of your knowledge?  Okay.

3           Now again looking at the first critical

4    element, Organizational Priorities, the first

5    rating for the standard is a 3?

6      A    Right.

7      Q    What did that mainly cover?

8      A    Well, it mainly covered sort of the

9    same language, "In the year where there's a grant

10   competition, leads the development of the

11   application package or process, including

12   developing the application materials, the

13   priorities and the selection criteria that are

14   tied to the Strategic Plan for the Department."

15     Q    So you rated her what?

16     A    I gave her a Successful in that.

17   Because she did participate in the process.  She

18   did do some developmental work on the application

19   process.

20     Q    Hold on.  When you say "Successful," I

21   see that there is a 3 there and above it there is

22   a score pattern that says, "Unacceptable,

82

```
 1    Minimally Successful, Successful, Highly

 2    Successful and Outstanding."  And under

 3    "Successful" there is a 3.

 4         A    Right.

 5         Q    So when you put the 3 down there, that

 6    was supposed to represent that you rated her as

 7    successful; is that right?

 8         A    Yes.

 9         Q    Tell me, why did you just rate her a 3,

10    to the best of your knowledge?

11         A    Well, because in many of these elements

12    here, developing priorities that are --

13    especially priorities that are tied to the

14    Strategic Plan, Patricia really didn't do that at

15    all.  She did do some of these things but not all

16    of them.

17         Q    For the record, what is a Strategic

18    Plan?

19         A    Well, it's the overall plan that guides

20    the Department of Education for implementing the

21    Elementary and Secondary Education Act.  In

22    simplistic terms, it guides the policy in the
```

83

1    direction of the Department of Education.

2              MR. BRANCH:  Excuse me one second.  I

3    need to take just about a two-minute break here.

4              MR. FABIA:  That's fine.

5              (A brief recess was taken.)

6              BY MR. FABIA:

7         Q    Mr. Fiegel, we are looking back at

8    Exhibit F-9.  You were talking about the standard

9    rating No. 1.  I asked you why did you rate her a

10   3, which was a Successful?  So go on, please.

11        A    Well, did I answer that?  I mean, I

12   felt like I had answered it, you know.

13        Q    All right.  Let me start over again.

14   No. 1 rating says, "In the years when funds are

15   available for the Parent Information and Resource

16   Center grant competitions --

17        A    Funds were available --

18        Q    Please let me finish.  -- "leads the

19   development of the application process,

20   including: developing application materials,

21   priorities and selection criteria that are tied

22   to the Strategic Plan and Department Policies and

84

1    Initiatives."

2          And I have asked you, what was the

3    Strategic Plan and Department Policies and

4    Initiatives?  And you said?  Go on.

5      A    Well, okay.  The Strategic Plan is

6    Essentially a document that guides the Department

7    through several years of implementation of the

8    Elementary and Secondary Education Act,

9    establishes priorities and direction that the

10   rest of us need to tie programs to.

11         For example, with the PIRC program, it

12   is trying that program specifically to the Choice

13   and supplemental services initiatives under one

14   of the objectives under the Strategic Plan.

15     Q    You rated her only Successful.  Why is

16   that?

17     A    Well, I thought she did help with that.

18   I mean, I thought she was participated in the

19   ways that she needed to.  But there was nothing

20   that was -- you know, she didn't develop the

21   priority.  She didn't write the priority.  She

22   essentially followed the lead of Steve, actually,

85

1    in preparing the materials and presenting them.

2         I mean, again, it's not a negative

3    thing.  It's just that this is one area where

4    she, you know, basically participated but wasn't

5    a major, you know, contributor in some of these

6    areas.

7         Q    Would it have been possible to have

8    gotten the higher rating given the fact that you

9    say there appears to be these limits?

10        A    I think there would have been a

11   possibility, yeah.

12        Q    So what would she have had to have

13   done?

14        A    Well, you know, it's hard to say at

15   this point.  I mean, I really need to look at the

16   standards -- not the standards, but the rating

17   criterion for each one of these ratings to see if

18   that level of participation was met.  Because

19   there's sort of a -- there's a rating level for

20   each one of these things.

21        But in my mind she would have had to

22   have actually led the process.  That would have

86

1    helped.  I mean, if she had actually, you know,

2    written the priority, that would have helped.

3    It's hard to say.  I mean now.

4       Q    What about Item No. 3, standard rating

5    3, it says, "Leads the implementation of the

6    program monitoring plan, providing technical

7    assistance to grantees focused on performance and

8    results while guarding against fraud, waste, and

9    abuse."

10           And her rating there is 4, which is

11   Highly Successful.  Can you explain why that

12   rating was so, to the best of your knowledge and

13   recollection?

14      A    Yeah.  I think because initially we

15   were asked to develop for each program a -- I

16   forget what we called it.  But it's sort of a

17   booklet that put the history of the program

18   together and actually included a monitoring plan.

19           And she did do that.  She had provided

20   a monitoring plan for that program, that I

21   thought was a good monitoring program.  In fact,

22   I thought a lot of the material was good for the

87

1    PIRC program.

2        Q    So why not a 5, an Outstanding?

3        A    Who knows?  I mean, I don't know.  At

4    this point it's really hard for me to say why not

5    an Outstanding.  But, again, there are some

6    written criteria for each level, and I'm sure

7    that, you know, if I was looking at those

8    criteria, I could tell.

9        Q    Okay.  Now what about No. 4.  It says,

10   "Serves as the contract officer's representative

11   for Parent Information and Resource Center

12   contracts."

13            You gave her a 5, which is Outstanding.

14       A    Right.  Well, and during that time

15   period, you know, I think that's primarily what

16   Patricia focused on, is being the contracting

17   officer's representative.  She really worked very

18   closely with the contractor.

19            You know, I mean, I would have to go

20   back and see exactly what the activities that

21   occurred with the contractor were.  But I know

22   she had the respect of the contractor.  She

88

1    worked very well with the contractor.  I really

2    did think they was doing an outstanding job of

3    that piece of her job.  She really is a good

4    CORE.

5         Q    No. 5, "Assists in the development of

6    budget materials and policies for the Parent

7    Information and Resource Centers."

8              You gave her a 3, which is Successful.

9         A    Right.  And, again, I mean -- well,

10   it's sort of like 1.

11        Q    You mean one rating?

12        A    I mean it's sort of like No. 1

13   Standard, the 3 rating.

14        Q    All right.

15        A    And it's really -- she participated in

16   it, but she was not really the one who did the

17   bulk of the work on it.

18              And in a way I was sort of giving her

19   the benefit of the doubt here.  You know?  I

20   mean, there's the budget materials and policy.

21   And, in fact, maybe this is a standard that at

22   some point should be eliminated from this job.

89

1    Because that really is more of a supervisory

2    responsibility.  And it actually was being done

3    more at the supervisory level.

4         But these standards are sort of given

5    to every employee.  And to be quite frank with

6    you, I don't remember Patricia doing a whole lot

7    other than, you know, providing, you know, the

8    information that she was asked to provide.

9         Q    All right.  What about No. 6, "Serves

10   as a Department-wide resource on Parent

11   Information and Resources Center."

12        A    Right, right.

13        Q    And you gave her a 4, which is Highly

14   Successful.

15        A    Right.

16        Q    And now why is that?

17        A    Well, I do think she did a not

18   outstanding job of providing information on PIRCs

19   but better than just merely Successful.  I think

20   she was a resource.  She did know a lot about

21   PIRCs.  And she said, herself, she could always

22   go and ask Daisy if there was a question that she

90

1    needed to ask.  And she did.

2         But I think -- and by and large, she

3    could be relied upon to provide information about

4    Parent Information and Resource Centers that

5    other people couldn't.

6         Q    All right, No. 7?  "Participates in

7    improvements to work processes, including GAPS

8    and e-gov initiatives."

9         What is that, to begin with?

10        A    Well, actually, this is --

11        Q    And you rated her a 4.

12        A    -- a sort of a mandatory element that,

13   you know -- I think 4, again it's sort of the

14   benefit of the doubt on this one.  I mean, she

15   did, I think -- she participated to improvements

16   in improvements in the work process -- the other

17   part about including GAPS and the e-gov

18   initiative piece, I don't really know if that's

19   even, you know, relative.

20        But she did participate in all of the

21   activities that Steve was trying to do to improve

22   the performance of his team.  You know.

91

1      Q    Now underneath that it says,

2   "Justification: (Discuss Tangible Accomplishments

3   that support ratings for the standards and

4   elements - continuation sheets may be attached)."

5           And then there is, as you can see it

6   goes to the bottom of the page and continues on

7   to the next page.  If you turn the page, Page 2.

8   Would you describe these as descriptive

9   paragraphs?

10     A    Yes.

11     Q    How do they relate to the standard

12  ratings that were above?

13          I.mean, you would agree with me that

14  there is nothing that says "First paragraph

15  relates to Standard No. 1"?

16     A    Right.  And I'm not sure that they do

17  follow exactly like that.  But they may actually

18  relate to those.  I'd have to read it again to

19  see.

20     Q    Well, please take your time and do so,

21  then.

22     A    All right.

92

1          MR. FABIA:  Can we go off the record

2    while he does read?

3          (The witness is reviewing a document.)

4          BY MR. FABIA:

5      Q    Have you completed your reading of the

6    material, Mr. Fiegel?  Yes or no.

7      A    No.

8          (The witness is reviewing a document.)

9          THE WITNESS:  Okay.  I have finished

10   it.  I think they sort of roughly correspond to

11   the standards.

12         BY MR. FABIA:

13     Q    The first paragraph says,

14   "Ms. Kilby-Robb was asked to step into the role

15   of acting team leader for the, dot, dot, dot,

16   dot."

17         How would that relate to any of those

18   standards?

19     A    Actually, that one kind of relates to

20   all of them.

21     Q    All right, good.  What about the next

22   paragraph, "She met with representatives of the

93

1    Executive office for responsible for the

2    statement of work for the contractor"?

3        A    That ties directly into Standard 1,

4    really.

5        Q    What about No. 4, would that not relate

6    to the contract officer's representative, as

7    well?

8            MR. BRANCH:  No. 4, you are referring

9    to the fourth paragraph?

10            MR. FABIA:  No, no, the second

11    paragraph.

12            MR. BRANCH:  The second paragraph

13    starting with what?

14            MR. FABIA:  "She met with

15    representatives."

16            BY MR. FABIA:

17        Q    That wouldn't relate to Standard No. 4?

18        A    That primarily relates to Standard

19    No. 1

20        Q    All right.  What about the next

21    paragraph, "She coordinated the development of

22    the PIRC Monitoring and Technical Assistance

94

1    Plan," what would that paragraph go to, any of

2    those standards, if any?

3        A    Well, it relates to a couple of them,

4    actually.  Probably the Standard No. 3,

5    implementing the monitoring program, and 5,

6    assists in the development of budget materials

7    and policy."

8            And then some of them just are other

9    things she did that I'm not sure they relate

10   specifically to any one of these.  Well, they

11   might related -- about doing the meetings,

12   scheduling the spring meeting and the other

13   things probably relate more specifically to 6,

14   Standard 6, but maybe to some of the other ones,

15   too.

16       Q    What about next paragraph,

17   "Ms. Kilby-Robb coordinated, monitored and

18   reviewed reports, and approved activities and

19   services provided by the RMC Research

20   Corporation"?

21       A    That relates directly to Standard

22   No. 4.

95

1      Q    All right.  And why is that?

2      A    Because RMC Research Corporation is the

3  contractor for which she's the CORE.  And these

4  are all CORE activities.

5      Q    What about the next one?  It says, "She

6  developed the Parent Information and Resource

7  Center Spending Plan."

8      A    That relates again back to assisting in

9  the development of Standard No. 5.

10     Q    The next one says, "She assisted with

11  draft of Annual Performance Report."

12     A    Right.

13     Q    Where would that fit in, if any?

14     A    Well, there are two different things

15  there.  One is the drafting of the Annual

16  Performance Report and one is the piece about the

17  HIPPY and Parents As Teachers Program, which is

18  more related to the CORE responsibilities.  And,

19  also, just responsibilities of being a program

20  officer in the program.

21          The second part of that paragraph is

22  specifically related to her position as a program

96

1   officer.

2      Q     And you are referring to the part that

3   says, "maintained contact with PIRC grantees"?

4      A     Right.

5      Q     All right.  What about the next one,

6   "She responded to questions about PIRC

7   legislation/issues from OII staff/OESE/OELA,"

8   et cetera.  How does that relate to any of the

9   standards, if any?

10     A     Well, that relates to, I would think,

11  more directly to Standard 6, serving as a

12  departmentwide resource.

13     Q     What about the last one, "She served as

14  a resource on PIRCs at the New Grantee

15  Orientation and Director's Conference.  Utilize

16  grants management/monitoring and create

17  discretionary reports in GAPS?

18     A     Well, the first part of that would

19  relate to, I would think, Standard No. 6.

20           And then the second part would relate

21  to Standard No. 7.  And, you know, again it's

22  sort of the standard usage of the GAPS system but

97

1    not really doing any improvements to it or

2    anything.  But that's basically about what most

3    people do in our office with the GAPS.

4        Q    And her final rating for this critical

5    element Organizational Priorities, well, it shows

6    an "S," is "Successful," as I take it.  Is that

7    right?

8        A    Right.

9        Q    And you said she rated on the high side

10   of the Successful?

11       A    Yes.

12       Q    What would have to be the standard

13   rating to get her to go to the next level?

14       A    I'm not sure.  We'd have to sort of

15   plug it into the --

16       Q    Well, let's put it this way: No. 4 is a

17   5.  She's not going to go any higher than that.

18       A    Right.  Well, I don't know.  I'm not

19   sure.  Like I say, any one of these could go

20   higher, one point higher, and that would have put

21   her into the Highly Successful.  But I wouldn't

22   know unless we tried it.

98

1    Q    I understand.  But that would only

2  change this one critical element, is that not

3  right?

4    A    Right, right.

5    Q    And so we have the second critical

6  element, which is the next page, "Customer

7  Service."  And again can you talk about these

8  ratings?

9    A    Well, again, they are sort of

10  standard -- the standards are the same for all

11  program officers in OII.  The first standard is,

12  "Delivers quality projects (sic) and services

13  that address customer requirements."  And I gave

14  a Successful rating there.

15    Q    Pardon me.  Could you read that again.

16    A    Yes.  "Delivers quality products" --

17    Q    "Products," not "projects."

18    A    Oh, I'm sorry.  "Delivers quality

19  products and services that address customer

20  requirements."

21    Q    And again following this list of

22  standards, there is a list of descriptive

99

1   paragraphs?

2       A    Yes.   I think.

3       Q    Have you had time to read those

4   descriptive paragraphs, those justification

5   paragraphs?

6       A    No.

7       Q    Would you like to take the time to read

8   those at this time?

9       A    Sure.

10          (The witness is reviewing a document.)

11          BY MR. FABIA:

12      Q    Again going back to the same set

13   of questions.   Standard 1, you gave her 3.  Can

14   you tell us why you gave her 3 and is there

15   anything in these justification paragraphs that

16   relate to that rating?

17      A    I can tell you that the 3 is basically

18   a sorts of a, yes, she did deliver quality

19   products, and generally they addressed customer

20   requirements.   They were done in a way that was

21   okay but not spectacular.   There was not, you

22   know, I'm saying successfully did it.   I think

100

1    that's not a bad thing.

2        Q    What are the quality products and

3    services we are talking about?

4        A    They are probably a number of things.

5    And some of them might be described over here in

6    these paragraphs.

7        Q    That is what I am asking you.

8        A    Well, again a lot of them are where she

9    had related to the RMC contracts.  So the second

10   paragraph there related a lot to the work she did

11   as the CORE for that contract.

12       Q    2, "Meets essential deadlines and

13   commitments."  And you gave her a 4.

14       A    Right.

15       Q    Why a 4, to the best of your

16   recollection and knowledge?

17       A    Well, again we are talking about a

18   four-month period.  She did.  She met deadlines

19   and commitments.  She did a good job.  And I

20   think I graded her that way.

21       Q    I believe you earlier said she was

22   disruptive and late?

101

1      A    Well, she is now.  At that time -- like

2  I said, everything changed when this rating was

3  presented to Ms. Kilby-Robb.

4      Q    When was that?

5      A    Well, it was after the review, sometime

6  in May or June of 2003.  Whenever we finally sat

7  down to discuss it.

8      Q    No. 3 says, "Communicates clearly,

9  courteously and effectively."  You rated her a 4?

10      A    Now I know her better -- I did not know

11  her well over the four-month period --  I would

12  actually rate her higher in that area.  I think

13  she's communicates in an excellent way.  I don't

14  have any issues with the way she communicates.

15      Q    No. 4, "Improves and applies skills and

16  technical knowledge to carry out assignments

17  effectively."  You gave her a 4?

18      A    Right.

19      Q    Is there anything that might support

20  that rating?

21      A    I think a lot of it has to do with the

22  contract.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

102

1    Q    You said a contract?

2    A    The technical assistance contract for

3    this paragraph, RMC, that second paragraph.

4    Q    What about No. 5, "Shares skills and

5    knowledge effectively, works cooperatively with

6    others to achieve goals."  You rated her a 3,

7    which is just Successful.

8    A    It's sort of a mixed bag on this one.

9    Beginning of the rating period, there was very

10   little sharing of skills or knowledge with

11   anybody else in the program.  And very little

12   sharing of skills and knowledge up the line as,

13   as well.

14        However, during the period -- and there

15   was a complicated period rating for a number of

16   reasons.  Primarily because it was so short.  But

17   she did improve over the rating period.  And I

18   think I said that in the comment, she did a

19   better job toward the end of the rating period

20   with sharing information.

21   Q    Could you point that out in the

22   comment?

103

1      A    It's in the third paragraph.  I thought

2  it was.  Oh, very first sentence.  "With the

3  assistance of the Deputy Director."

4      Q    That would be Mr. Brockhouse.

5      A    "Ms. Kilby-Robb has improved throughout

6  the rating period in ensuring that each employee

7  has an integral role in developing the final team

8  product."  And so on.

9      Q    No. 6, "Willingly accepts and completes

10  a fair share of the workload."  You gave her a 5.

11      A    I would do it again, even though I

12  really felt like she -- her father had died, or

13  was sick I .think, during this period.  And I had

14  been through, you know, the two previous years,

15  almost at the same time, the death of my mother

16  and then the death of my wife.  And I knew how

17  tough it was for me to continue, you know,

18  carrying out the full responsibilities.

19          And I talked to Patricia.  I tried to

20  convince her to take some time off and, you know,

21  not work so hard at it, really.

22      Q    Can you elaborate on that more?

104

1          Do you know when you talked to her?

2      A    I don't remember the exact times.  But,

3  you know, we run into each other and she said,

4  "I'm sorry about your wife."  I said, "I'm sorry

5  about your father."  And we would talk about it.

6          And now Steve Brockhouse did come to

7  me, and he told me first that Patricia was going

8  through some difficult times here, didn't give me

9  any real specifics, but she might need some time

10  off.

11          I said if she does, we will handle it.

12  We will move on just like people moved on when I

13  had to take some time away.

14          But Patricia said, no, I really want to

15  keep doing this.  So, really, I don't think you

16  can get any -- you know, she not only willingly

17  accepted it, she accepted it even when I really

18  was advising her to sort of slow down a little

19  bit.

20      Q    So you gave her a 5?

21      A    Yeah.

22      Q    Finally, No. 7.  It says, "Adapts

105

1    willingly and in a timely way to changing

2    assignments, priorities and responsibilities.

3    You gave her a 4.

4        A    Right.

5        Q    Again Is there anything in the

6    descriptive paragraphs, or justification

7    paragraphs, that relate to that?

8            And why did you give her 4 as opposed

9    to -- I mean, here you just gave her 5 for No. 6?

10       A    Well, 7 does relate to the last

11   paragraph here.  And, actually, a lot of this

12   information is information that's described

13   almost directly or summarized from the accounts

14   Patricia -- she gave me list of accomplishments.

15           She did adapt well, I thought, during

16   that period to the change over to the new office.

17   I mean, we all were adapting to new things.

18   There was this parental involvement task for a

19   departmentwide task force, that I don't know if

20   we do much work with them right now.  I don't

21   think we do.

22           But she did, I remember, try to involve

106

1    some people in that group with some of the things

2    we were trying to do in the office.

3           And, let's face it, you know, the

4    contractor, RMC research, the contractor that

5    does the technical assistance for the PIRC

6    program -- and the PIRC program had been used to

7    operating in a very different way.

8        Q    What do you mean by that?

9        A    I mean, there are certain statutory

10   requirements of the law.  They had operated

11   within those requirements.  The contractor had

12   provided a certain type of technical assistance

13   that related to that statute.

14          But this program was really a program

15   that the administration had tried to zero fund.

16   in fact, they keep requesting zero funds for it

17   because --

18       Q    Pardon me.  When you say "the

19   administration," who are you referring to or what

20   are you referring to?

21       A    I'm talking about in the President's

22   budget request to Congress each year, the

107

1    Department of Education has asked for zero

2    funding for this program.

3            And I think that Patricia and the

4    contractor, themselves, I think adapted well to

5    this kind of on the one hand being told you are

6    not needed anymore and then on the other hand our

7    office, the Office of Innovation and Improvement

8    and POI saying, look we really need to try to

9    focus what we are doing on getting information to

10   parents.

11           And I thought that that worked out

12   fairly well, really.  People did give and take.

13   I personally think the program has come around

14   very well and does meet that need.

15           And, you know, I would argue -- of

16   course, I don't have any argument in it -- that

17   we should fund this program and continue to fund

18   it.  But, again, we've got a request for zero

19   funds for it.

20           But there were a lot of changes going

21   on with this program.  It was in a new office,

22   under a new leadership.  It had a different

108

1   make-up.  It no longer had the leadership it had.

2   It had new leadership.

3        You know, so I thought Patricia adapted

4   well, during that period of time.

5        Q    All right.  If you turn the page on

6   this document, you see it says "Comments for

7   EDPAS Rating."  And at the bottom it's signed by

8   Ms. Kilby-Robb.

9        Did you ever get a chance to read these

10  comments?

11       A    Let me see.

12       Q    My question is, did you ever get a

13  chance to read these comments prior to this

14  proceeding?

15       A    I don't know.

16       Q    Would you like to have time to look

17  over the document?

18       A    Yes.

19       Q    Then do so, please.

20       (The witness is reviewing a document.)

21       THE WITNESS:  I don't remember reading

22  it.  But that doesn't mean I didn't.  Because I

115

1          THE WITNESS:  If you are talking about

2    me saying that.  I don't know.  You may be

3    talking about Steve.  But you were shaking your

4    head when I said I didn't not say that, so...

5          But, anyway, I did not say I would

6    provide additional documentation.  I said I

7    basically had information I needed to conduct the

8    rating.

9          BY MR. FABIA:

10   Q    All right.  The last paragraph, she is

11   talking about something about being detailed to a

12   14"?

13   A    She was never detailed to a 14.

14   Q    Question about whether the previous

15   team leader vacated the 14 position, I guess she

16   is referring to.

17         You understand her to be referring to

18   Ms. Greenfield?

19   A    Let me see what it says here.  I kind

20   of understand what she's saying.  It's not

21   exactly what happened.  Because Daisy Greenfield

22   did not vacate her position.  And I don't know

116

1    whether she declined to come to OII or not.  I

2    was not apprised of why we got three staff people

3    for the PIRC program.

4        Q    So you weren't involved in that

5    process.

6        A    No, I wasn't involved in that.

7        Q    Let me hand you a document which I

8    guess we will mark now as Agency Exhibit 1.

9                    (Deposition Exhibit No. 1 was

10                   marked for identification.)

11           BY MR. FABIA:

12       Q    Looking at this document which has been

13   marked as Agency 1, do you recognize this

14   document?

15       A    Yes.

16       Q    For the record, can you tell us what it

17   is?

18       A    It's a printout of one of the tools

19   that the EDPAS system has to help supervisors

20   arrive at a rating.  Essentially, what it is is a

21   worksheet where scores are entered -- or,

22   actually, the rating is entered.  And then it

117

1    converts to a score and is divided by the overall

2    number of points under a critical element,

3    divided by the number of standards to get an

4    average score.

5         And then that average score for the

6    critical element that the employee is rated on

7    ends up in a letter rating that equates to either

8    Outstanding, Highly Successful, Successful,

9    Minimally Successful or Unacceptable.

10    Q    So for identification purposes, it

11   says, "Employee Name: Patricia Kilby-Robb"; is

12   that right?

13    A    Yes.

14    Q    Was this a document that you created?

15    A    I filled it in, yes.

16    Q    So can you tell us about it?

17    A    Well --

18    Q    You said you filled it in.

19    A    Yeah.  Essentially I went down through

20   each standard.  And I actually gave the rating of

21   Successful, Highly Successful, Outstanding, in

22   those categories.  And it relates directly to the

118

1  performance appraisal.  The same six or seven

2  standards under the Organization Priorities and

3  the other.

4       Q    So for clarification purposes, this is

5  Worksheet to Arrive at Summary Rating of Record?

6       A    Well, actually, this was done first.

7       Q    So this document relates to the

8  document that we know as F-9, the rating that is

9  being changed; is that right?

10      A    Yes.

11      Q    All right.  Go on.

12      A    Well, like I said, each standard, you

13  know, I enter a rating and then it's converted

14  into points.  And as you can see by the points,

15  the average score for Critical Element 1, which

16  is the Organizational Priorities, is 3.83.  And

17  if you look at the conversion table, anything

18  between 3 and 4 equates to a Successful rating.

19           Same thing for the second critical

20  element, Customer Service.  The average rating,

21  though, is slightly higher at 3.86.  And that

22  converts to also a Successful rating.

119

1      Q    So when you testified earlier that you

2   said that she had the high side of a Successful

3   rating, you were looking at the first element

4   score that says 3.83.  That's not quite a 4, if

5   you round off.

6      A    Right.

7      Q    But for the conversion table, it isn't

8   there.  It's near a 4, but it's not quite a 4.

9      A    Right.

10      Q    Is that what you were referring to?

11      A    That's what I was referring to.

12           MR. FABIA:  I would like to move this

13   into the record.  Any objections?

14           MR. BRANCH:  It doesn't really matter

15   at a deposition.

16           MR. FABIA:  I understand.

17           MR. BRANCH:  Before you go to the next

18   document, how much longer do you anticipate --

19           MR. FABIA:  Oh, maybe five more

20   minutes.

21           MR. BRANCH:  Let's take a short break

22   here.

120

1              (Deposition Exhibit No. 2 was

2              marked for identification.)

3         BY MR. FABIA:

4         Q    Do you recognize this document marked

5    as Agency Exhibit 2?

6         A    Yes.

7         Q    Why do you recognize it?

8         A    Because I prepared it.

9         Q    And what is it?

10             Can you identify it for the record?

11        A    It's an Award Nomination Form awarding

12   Patricia Kilby-Robb for a cash award.

13        Q    Is that your signature as the

14   recommending official?

15        A    Yes.

16        Q    Where it looks like "John Giegel."

17        A    It looks like "John Fiegel" to me.

18        Q    I'm just trying to clarify it.

19        A    Yes.

20        Q    So that is you?

21        A    Yes.

22        Q    And that is dated 8-25-2003, is that

121

1    right?

2         A    Yes.

3         Q    It looks like a cash award for $500.

4    Is that correct?

5         A    Yes.

6         Q    And on the second page, it says

7    "Justification."  Could you tell us in your own

8    words what you understand this award was for, the

9    $500 cash award?

10        A    It was for stepping in and serving as

11   the acting team leader for that four-month period

12   and doing a good job of it.

13        Q    All right.  No more questions.

14                FURTHER EXAMINATION BY COUNSEL

15                     FOR THE COMPLAINANT

16             BY MR. BRANCH:

17        Q    While you are looking at that

18   Exhibit No. 2, can you just read into the record

19   under "Cash Award" what are the circumstances

20   under which someone can receive a cash award?

21        A    "May be made to an employee as an

22   individual or member of a group based on superior

122

1    accomplishment or other personal effort that

2    contributes to the efficiency, economy or

3    improvement of government operations or achieves

4    a significant reduction in paperwork; a special

5    act or service in the public interest in

6    connection with or related to official

7    employment; or performance."

8        Q    And which of these apply to

9    Ms. Kilby-Robb?

10            (The witness is reviewing a document.)

11            THE WITNESS:  I think it would have to

12   be the other personal effort that contributes to

13   the efficiency, economy or improvement of

14   government operations.  Because she did keep the

15   team functioning.  Or helped to keep the team

16   functioning.

17            BY MR. BRANCH:

18       Q    So how do you explain her overall

19   Successful rating and a cash award at the same

20   time?

21       A    Well, you know, as I have said several

22   times, I don't see Successful as a low rating.  I

123

1    think that it's, you know -- and it was, you

2    know, high in the Successful range.

3            I didn't rate Ms. Kilby-Robb that low.

4    I rated her as an employee who performed well,

5    did her job Successfully or higher than

6    successfully, and Outstanding in several areas,

7    and deserved a cash award.

8        Q    Now I am look at Exhibit 2, which is

9    this worksheet that was used to arrive at the

10   summary rating or record.

11           MR. FABIA:  You mean 1?

12           BY MR. BRANCH:

13       Q    I'm sorry.  Exhibit No. 1.

14           And it appears, just doing the quick

15   math here, if she had received one additional

16   point in either Critical Element 1 or 2 -- for

17   example, for Critical Element 1 she received

18   23 points.  If she received 24 points, then her

19   element score who have been a 4?

20           MR. FABIA:  We will stipulate to that

21   fact.  I tried to do that with Ms. Kilby-Robb

22   before, that if any one of the standards had

124

1    changed, from like a 3 to 4 or a 4 to 5, it would

2    have tipped her off in that area to go to the

3    next rating, higher rating.  The math, as you

4    said, just works that way.

5           BY MR. BRANCH:

6        Q    Now turn, if you will, back to the

7    actual performance appraisal.  If you are

8    stipulating to that, then I don't really need to

9    ask you any questions about that.  Are you back

10   at the actual performance rating?

11       A    Yes.

12       Q    My first question actually deals with

13   this rating -- it's No. 5.  It says, "Assists in

14   development of budget materials and policy for

15   Parent Information and Resource Centers."  And

16   she received a Successful, which was a

17   middle-of-the-road evaluation.

18       A    Right.

19       Q    Isn't it true that -- this may be four

20   paragraphs from the bottom of that particular

21   section -- it indicates that she developed the

22   Parent Information and Resource Center Spending

125

1    Plan?

2        A    That's true.  And that's one small

3    element of developing budget materials and

4    policy.  In fact, it's a very, very -- maybe the

5    smallest, most insignificant, piece of developing

6    the budget materials for the PIRC program.  But

7    it is part of it.  It is part of the --

8        Q    How does the spending plan differ from

9    the budget?

10       A    Well, the budget actually relates to

11   future years requests.  It relates to salaries

12   and expenses and equivalency of the number of

13   employees needed to operate a program.  It

14   relates to the justification for continuing to

15   request funds for a program.  Those kinds of

16   things.

17       The Spending Plan, itself, is actually

18   an annual plan that says how you are going to

19   spend the money that Congress has given you,

20   basically.  And in the case of the PIRC, it is

21   essentially how much money is going to go to

22   grants and how much is going to go to the

126

1    contract.

2        Q    Was there anything in the budgeting

3    process or budgeting plan that she was asked to

4    do that she did not perform?

5        A    I don't think so.

6        Q    So she basically did everything she was

7    asked to do in terms of providing whatever was

8    requested of her on the budgeting process?

9        A    And she got a rating that says.  Yes,

10   she was successful in doing that.

11       Q    Well, she received a Successful rating,

12   but she could have received a Highly Successful

13   or an Outstanding in those two areas?

14       A    Well, she could have, yeah, I mean...

15       Q    So from looking at this evaluation, my

16   question is whether the rating that she received

17   was based on the quality of her performance, the

18   fact that she received a Successful as opposed to

19   an Outstanding, or the quantity of the work that

20   she performed?

21            It seems to me from your earlier

22   testimony that you gave her this 3 rating based

127

1    on the quantity, the amount, of work that she

2    did.  She didn't do a lot of work in this

3    particular area, as opposed to the quality of the

4    work that was assigned to her that she --

5        A    I think it's a combination probably

6    more related to quality than anything else.  And,

7    again, I mean, I think it's -- you know, we can

8    differ in opinions about it, but I thought it was

9    an objective, good rating.

10       Q    Under the Organizational Priorities

11   Critical Element No. 1, standard ratings, you

12   gave her 3 in this particular area, I guess the

13   first rating --

14       A    Right.

15       Q    -- which says basically she was

16   successful in performing development of the

17   application process, including developing

18   application materials, priorities, selection

19   criteria that are tied to the Strategic Plan and

20   Development Policies and Initiatives.

21           Do you see that?

22       A    Yes.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

128

1      Q    Well, isn't it true that Ms. Kilby-Robb

2  was responsible for developing the applications?

3      A    Yes, just like any other lead program

4  officer, she was responsible for that.  She had a

5  lot of help from Steve, again on development of

6  the package.  From what I remember -- and maybe I

7  don't remember, but I thought Rachel Couch

8  actually ended up submitting the application for

9  approval.  But I would have to go back and check.

10      Q    In the first full paragraph on the

11  second page -- actually, it's a continuation of

12  the paragraph on the first page, you stated that

13  Ms. Kilby-Robb developed the draft of the

14  application package after reviewing POI

15  application packages for other programs that were

16  approved by OII.

17      A    Right.

18      Q    So did Ms. Kilby-Robb actually develop

19  the draft of the application package?

20      A    Yes.

21      Q    And I am just trying to understand why

22  she received a 3 in this area when your comments

129

1   seem to explain that she actually did this and

2   she did it in a satisfactory manner.

3        A    Right.   That's exactly why she got a 3.

4   Because the 3 says she did it in a satisfactory

5   manner.

6            I mean, it's not like I am saying she

7   didn't do it or she did it in a manner that was

8   below the standard.  She did it in accordance

9   with what is acceptable as successful work.

10       Q    Her work in these areas, did it have to

11  be edited or reviewed or modified by anyone else?

12       A    I really couldn't tell you at this

13  point.

14       Q    And if she was assigned this task or if

15  she were assigned these different tasks and she

16  was able to complete these tasks without having

17  them edited or reviewed, why would that not

18  constitute Outstanding or Highly Successful?

19       A    Well, Outstanding has a much higher

20  standard.  And I think we could probably, if you

21  want to -- you know, we'll have to -- I don't

22  know if you have a copy of it.  It's called