IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **PATRICIA KILBY-ROBB** ) <br> **17001 SUMMERS LANE** ) <br> **BADEN, MD 20613** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARGARET SPELLINGS,** ) <br> **SECRETARY, U.S. DEPARTMENT OF** ) <br> **EDUCATION** ) <br> **400 MARYLAND AVE., SW** ) <br> **WASHINGTON, D.C. 20202** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No.: 05-2270** |

**Consent Motion for Extension to File Opposition to Motion for Summary Judgment**

Come now the Plaintiff, by and through counsel and submits this consent motion for extension of to file opposition to motion for summary judgment, and in support thereof states as follows.

Defendant filed a motion for summary judgment. The court entered an order directing the Plaintiff to file an opposition on April 18, 2007. Plaintiff was scheduled for an employment discrimination trial in the D.C. Superior Court before Judge Alprin beginning April 17, 2007. That matter was continued because Plaintiff's counsel suffered a death in his family and must travel to Chicago this week for memorial and funeral services. Counsel requests a two week extension through May 2, 2007 to file the opposition to the motion for summary judgment. Defendant consents to this motion.

Respectfully submitted,

  /s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, D.C. 20009

**Certificate of Service**

I hereby certify this 18th day of April 2007 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion for Summary Judgment was sent to counsel for Defendant listed below.

MARINA UTGOFF BRASWELL
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

  /s/
David A. Branch