## IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **PATRICIA KILBY-ROBB** ) <br> **17001 SUMMERS LANE** ) <br> **BADEN, MD 20613** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARGARET SPELLINGS,** ) <br> **SECRETARY, U.S. DEPARTMENT OF** ) <br> **EDUCATION** ) <br> **400 MARYLAND AVE., SW** ) <br> **WASHINGTON, D.C. 20202** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No.: 05-2270** |

**Consent Motion for Extension to File Opposition to Motion for Summary Judgment**

Come now the Plaintiff, by and through counsel and submits this consent motion for extension of to file opposition to motion for summary judgment, and in support thereof states as follows.

Defendant filed a motion for summary judgment. The court previously extended the deadline for Plaintiff to file her opposition until May 2, 2007. Counsel will be unable to file the opposition because counsel must file an appellate brief in the matter of Charles Taylor v. WASA on May 2, 2007 in the D.C. Court of Appeals, and was required to prepare for and attend extensive pretrial conferences in the D.C. Superior Court the matters of Vivek Kumar v. WASA on May 1, 2007, and Patricia Hunter v. WASA on May 2, 2007. In additional, counsel must file a response to a dispositive motion in the matter of Sharma v. WMATA et al., on May 3, 2007, before Judge Hogan, counsel must file a responsive brief in a class action which was certified by Judge Kennedy in the matter of Taylor et al. v. WASA, on May 8, 2007, and prepare for a week

long trial beginning on May 14, 2007 in the matter of <u>Dandridge v. Winn Residential</u> before Judge Retchin in the D.C. Superior Court.  Counsel requests a one week extension through May 9, 2007 to file the opposition to the motion for summary judgment.  Defendant consents to this motion and requests that any reply be due on June 4, 2007.

                                            Respectfully submitted,

                                            _____/s/_____
                                            David A. Branch #438764
                                            Law Offices of David A. Branch
                                            1825 Connecticut Ave., NW
                                            Suite 690
                                            Washington, D.C. 20009

## Certificate of Service

     I hereby certify this 2nd day of May 2007 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion for Summary Judgment was sent to counsel for Defendant listed below.

                                            MARINA UTGOFF BRASWELL
                                            Assistant United States Attorney
                                            U.S. Attorney's Office
                                            555 4th Street, N.W. - Civil Division
                                            Washington, D.C. 20530
                                            (202) 514-7226

                                            _____/s/_____
                                            David A. Branch