IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA KILBY-ROBB )<br>17001 SUMMERS LANE )<br>BADEN, MD  20613 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　)<br>MARGARET SPELLINGS, )<br>SECRETARY, U.S. DEPARTMENT OF )<br>EDUCATION )<br>400 MARYLAND AVE., SW )<br>WASHINGTON, D.C. 20202 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　) | Case No.: 05-2270 |

**Motion for Extension to File Amended/Corrected Opposition to Motion for Summary Judgment and to Exceed the Page Limit**

Come now the Plaintiff, by and through counsel and submits this motion for extension of to file an amended/corrected opposition to motion for summary judgment and to exceed the page limit, and in support thereof states as follows.

Defendant filed a motion for summary judgment.  The court previously extended the deadline for Plaintiff to file her opposition until May 9, 2007.  Counsel filed the opposition, but needs to file an amended/corrected opposition and that opposition will exceed the 45 page limit for opposition briefs.  Counsel needs until Monday, May 14, 2007 to file the pleading because counsel was required to file a response to a dispositive motion in the matter of Sharma v. WMATA et al., on May 10, 2007, before Judge Hogan, and has a trial in the D.C. Superior Court beginning on May 14, 2007 in the matter of Dandridge v. Winn Residential before Judge Retchin.  Defendant's counsel would not consent to this motion .

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, D.C. 20009

**Certificate of Service**

I hereby certify this 11th day of May 2007 that a copy of the foregoing Plaintiff's Motion to file an Amended/Corrected Opposition to Motion for Summary Judgment and to Exceed the Page Limit was sent to counsel for Defendant listed below.

MARINA UTGOFF BRASWELL
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

/s/
David A. Branch