**IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

| | |
|---|---|
| **PATRICIA KILBY-ROBB** )<br>**17001 SUMMERS LANE** )<br>**BADEN, MD  20613** )<br>                                                                  )<br>           **Plaintiff,**                   )<br>                                                                  )<br>     **v.**                                              )<br>                                                                  )<br>**MARGARET SPELLINGS,**        )<br>**SECRETARY, U.S. DEPARTMENT OF** )<br>**EDUCATION**                             )<br>**400 MARYLAND AVE., SW**      )<br>**WASHINGTON, D.C. 20202**    )<br>                                                                  )<br>           **Defendant.**                )<br>                                                                  ) | **Case No.: 05-2270**<br>       **(JDB)** |

**Plaintiff's Exhibits in Support of Opposition to Motion for Summary Judgment and**

**Notice of Filing Paper Copies of Exhibits**

Plaintiff hereby submits Plaintiff's Exhibits and Notice of Filing of Paper copies of Exhibits due to the number of pages of documents in the Exhibits.   The exhibits are being served on the Court and Defendant's counsel.

                                                    Respectfully submitted,

                                                     /s/
                                           David A. Branch
                                           Law Offices of David A. Branch, P.C.
                                           1825 Connecticut Avenue, NW #690
                                           Washington, D.C.  20009
                                           (202) 785-2805

**IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

| | |
|---|---|
| **PATRICIA KILBY-ROBB** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MARGARET SPELLINGS,** ) <br> **SECRETARY, U.S. DEPARTMENT OF** ) <br> **EDUCATION** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No.: 05-2270** <br> **(JDB)** |

| Ex. No. | Description |
|---|---|
| A | Declaration of Patricia Kilby Robb |
| B | Report of Investigation |
| C | Plaintiff's Position Description |
| D | Daisy Greenfield Position Description |
| F | Classification Handbook |
| G | Kilby Robb Performance Appraisals |
| H | Personnel Manual |
| I | Contract Officer Representative Manual |
| J | Email re Promotion |
| K | Comments on Leadership Award |
| L | Kilby Robb appointment as COR |
| M | Approved Staffing Plan |

| | |
|---|---|
| N | Kress Deposition Transcript |
| O | Kress Performance Appraisals |
| P | Bonus/Awards for all Staff |
| Q | Team Leaders |
| R | Accertion of Duties |
| S | Email re Guitard does not travel |
| T | Kilby Robb Qualified for GS 14/15 |
| U | Brockhouse email on PIRC Regulations |
| V | Brockhouse email scolding Kilby Robb |
| W | Education Settlement with African Americans |
| X | Greenfield duties to Kilby Robb |
| Y | Greenfield Desk Audit |
| Z | Hoblit Transcript |
| AA | Kilby Robb work Completed |
| BB | Brockhouse Email |
| CC | Brockhouse transcript |
| DD | Kilby Robb Transcript |
| EE | Brockhouse Transcript |