```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PATRICIA KILBY-ROBB,                    )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )   Civil No. 05-2270 (JDB)
                                        )
MARGARET SPELLINGS, SECRETARY           )
  OF EDUCATION,                         )
                                        )
        Defendant.                      )
_____)

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including June 27, 2007, in which to file defendant's reply to plaintiff's opposition to defendant's dispositive motion. Since receiving plaintiff's opposition brief, defense counsel has been out of town for a week, and when in the office she has had to work on briefs and discovery disputes in a putative class action case, prepare and file a motion for summary affirmance, file an opposition brief in another case, prepare for a court hearing, and address pressing issues in four other cases. This has left her little time to adequately prepare and complete the reply brief due in this case. While until yesterday defense counsel was hopeful that she would need to request only a few days, she has learned that her mother will undergo cancer surgery this coming Friday in Annapolis, Maryland, and she will need to

be with her then and to help her recovery.  The extent of the recovery will not be known until Friday.  Therefore, in order to make sure that she has adequate time to complete defendant's reply and avoid seeking a further extension, defense counsel requests that the time in which defendant may file his reply be extended to and including June 27, 2007.

Plaintiff's counsel has graciously consented to this request.  This motion was not filed sooner because defense counsel only obtained plaintiff's position on this motion today.

For the foregoing reasons, defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226