```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


PATRICIA KILBY-ROBB,                  )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )   Civil No. 05-2270 (JDB)
                                      )
MARGARET SPELLINGS, SECRETARY         )
  OF EDUCATION,                       )
                                      )
          Defendant.                  )
_____)
```

DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests a further brief extension of time, to and including July 5, 2007, in which to file defendant's reply to plaintiff's opposition to defendant's dispositive motion.  Due to a miscommunication with agency counsel, defense counsel was unaware that agency counsel would be out of the office on June 26th through July 5, 2007, and thus would be unavailable to help with and review defendant's reply. Defense counsel was unable to complete the reply prior to that time, due to the need to prepare for two Court hearings on June 26, 2007, file another motion for summary affirmance in the Court of Appeals, address subpoena issues in another case, and work on additional discovery disputes in a putative class action case. This is in addition to being out of the office previously for her mother's surgical procedure.

Additionally, in working on the reply brief, defense counsel discovered that plaintiff had failed to provide defense counsel with all of the exhibits referenced in plaintiff's brief. Defense counsel has contacted plaintiff's counsel to obtain that information.

Defense counsel regrets the need to seek this further extension and anticipates seeking no further extensions with respect to this reply brief.

Plaintiff's counsel informed defense counsel that this motion will not be opposed.

For the foregoing reasons, defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226