# COUNSELOR'S REPORT:
## 03-134-IDR

**TRACKING NUMBER:** 03-134-IDR

**NAME:** Patricia Kilby-Robb

**POSITION/SERIES/GRADE:** Education Program Specialist, GS/13-10

**ORGANIZATION:** Office of Innovation and Improvement, (OIIA) Federal Building No. 6, 400 Maryland Ave. SW, Washington, DC 20202

**WORK:** (202) 260-2225

**HOME:** (301) 888-1629

**ADDRESS:** 17001 Summers Lane, Baden, MD, 20613

**DATE OF ACTION GIVING RISE TO THE COMPLAINT:** June 2003

**DATE YOU BECAME AWARE OF THE INCIDENT:** June 2003

**DATE YOU CONTACTED THE IDR CENTER:** July 26, 2003

**RESPONSIBLE OFFICIAL(S):** John Fiegel and Steve Brockhouse

**ALLEGATION(S)/ BASIS:**

Evaluation/Appraisal
Harassment-Non-Sexual
Promotion /Non-selection

Race/Color (black)
Sex/Female

**REMEDY:**

To resolve this complaint, Patricia Kilby-Robb would like to be retroactively promoted to GS-14 with all pay and allowances due to her and an EDPAS evaluation that correctly reflects her contributions to the organization.



CONTACT:

On July 26, 2003, Ms. Kilby-Robb contacted the IDR Center to file an EEO complaint. She started the conversation by saying that she was aware of the process and wanted to meet to discuss her complaint. I instructed her to complete the IDR Center Intake form prior to our meeting.

On July 29, 2003, I met with Ms. Kilby-Robb to discuss her complaint. She said that she wanted to file the complaint because she believed that she deserved higher than a satisfactory EDPAS performance rating. In addition, she alleged that she was currently performing duties that were previously being performed by a GS-14 and was not being compensated for it. She alleged that the basis for her complaint were a direct result of her being a black female. Ms. Kilby-Robb agreed to meet with her supervisor to attempt resolution.

On August 5, 2003, I met with John Fiegel concerning Ms. Kilby-Robb's complaint. He also agreed to meet with her to attempt resolution.

On October 3, 2003, I facilitated a meeting between John Fiegel and Patricia Kilby-Robb to attempt resolution of her concerns. After several hours, negotiations ended without resolution. However, Mr. Fiegel agreed to research additional options that could possibly lead to settlement.

On October 31, 2003, Mr. Fiegel informed me that management's position remained the same. Therefore, on November 3, 2003, I mailed Ms. Kilby-Robb a Notice of Right to File a Formal EEO Complaint.

Documents Attached

Notice of Right to File
Allegation of Discrimination forms
Documents presented by Ms. Kilby-Robb
IDR Center Intake Form

# UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, D.C, 20202-____

JAN 29 2004

Ms. Patricia Kilby-Robb
17001 Summers Lane
Baden, Maryland 20613

In the Complaint of:
Patricia Kilby-Robb and
Roderick R. Paige, Secretary
U.S. Department of Education
RE: ED-2004-04-00

Dear Ms. Kilby-Robb:

This letter is to inform you that your formal complaint of discrimination that you filed against the U.S. Department of Education on November 24, 2003[1], has been accepted for formal processing. The complaint is based on race (African American) and sex (female). The following issues will be investigated:

1. Whether the Complainant was discriminated against on June 13, 2003, based on race (African American) and sex (female), when she received a "satisfactory" evaluation for the rating period of January 1, 2003 to April 30, 2003.

2. Whether the Complainant was discriminated against on June 13, 2003, based on race (African American) and sex (female), when she was required to perform duties at the GS-14 grade level without compensation or being temporarily promoted.

3. Whether the Complainant was discriminated against continuous since June 13, 2003, based on race (African American) sex (female) and disability (physical) when she was subjected to a hostile work environment and harassed (non-sexual) in the following ways:

   a. when she did not receive a new position description for the GS-14 position that she acted in;
   b. when she was denied a computer to perform duties to work at home;
   c. when on June 30, 2003, she received a reprimand for poor judgment in retaliation for refusing to sign her EDPAS Evaluation for the rating period of January 1, 2003 to April 30, 2003;
   d. when the management official she believed was her supervisor verbally stated he was not her supervisor of record; and
   e. when she was not afforded the opportunity to have a progress review conference with management.

The investigation will focus only on the issues identified above and a complete and impartial record will be developed. The investigation will (1) gather facts upon which to base a determination as to whether there has been any violation of the laws enforced by the Equal

---

[1] The timeframe was waived due to health and stressed related complicated extenuating circumstances that prevented her from timely filing her formal complaint of discrimination.

EXH. 16

www.ed.gov

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

Page 2 – Patricia Kilby-Robb (Letter of Investigation, ED2004-04-00)

Employment Opportunity Commission (EEOC)[2] and (2) provide a sufficient factual basis to make such a decision.

The scope of the investigation will include gathering information on the actual incidents, reviewing circumstances surrounding the alleged discriminatory acts and gathering any other information necessary to develop a complete and impartial factual record. The agency may use an exchange of letters or memoranda, interrogatories, a fact-finding conference, or any other method that adequately addresses the issues being investigated.

The investigator assigned to investigate your complaint of discrimination will contact you and request your response to interrogatories that are pertinent to the issues you have raised. Please be advised that you have fifteen (15) days from the date you receive the interrogatories to submit your response to the investigator. If your response is not presented or post marked within the established time frame, your complaint may be dismissed in accordance with the EEOC's Regulation at 29 CFR §1614.107(g), unless you inform the investigator or the Equal Employment Opportunity Group of extenuating circumstances that prevented you from submitting your response within the established time frame.

You may contact us at any time during the process if you have questions or need information. We can be reached at (202) 401-3560.

Sincerely,

*James R. White*

James R. White
Director
Equal Employment Opportunity Group

Enclosure
    Counselor's Report

---

[2] The EEOC enforces: (1) Section 717 of Title VII of the Civil Rights Act of 1964, as amended; 2) Sections 501 and 505 of the Rehabilitation Act of 1973, as amended; 3) Section 15 of the Age Discrimination in Employment Act of 1967, as amended, and 4) the Equal Pay Act, Section 6(d) of the Fair Labor Standards Act of 1938, as amended.

ATTACHMENT 1

# ALLEGATION OF DISCRIMINATION

Tracking Number: 03-134-IDR

Name of Employee/Applicant: **Patricia Kilby-Robb**

Organization/Office in which alleged discrimination occurred: Office of Innovation and Improvement, Federal Building No.6, 400 Maryland Avenue, SW, Washington, DC 20202

Complete one form for each allegation: Allegation # 1 of 3 total allegation.

During pre-complaint counseling, was the incident/action:
  __X__ Unresolved        ____ Resolved

Specific incident or action, which is believed to be discriminatory. Provide a short statement to identify the primary incident/action, which occurred within 45 days of contact with the IDR Center. A narrative may be attached if necessary.
1. Evaluation/Appraisal

BASIS: Which of the protected classes was the underlying reason for the incident/action cited above:
____ age         __X__ race/color(black)      ____ disability(physical)    ____ national origin
____ religion    ____ reprisal                __X__ sex (female)

Date on which the incident/action occurred:

Date on which you became aware of the incident/action:

Name of the person taking the alleged action (optional): **John Fiegel and Steve Brockhouse**

Was the incident/action counseled as part of a continuing violation?  ___ yes  __X__ no
If yes, attach a list of incidents with the date of each incident to this form. Please use concise statements.

Remedy: Briefly identify the remedy(ies) requested.
- Change evaluation
- Statement of who the supervisor of record for evaluation
- Compensation for Team Leadership (GS-14)

Are compensatory damages being claimed?  ✓ yes   ___ no

_Patricia Kilby-Robb_                                  11/10/03
Signature of Employee/Applicant                        Date

_[signature]_                                          11/3/03
Signature of IDRC Counselor                            Date

ATTACHMENT 1

## ALLEGATION OF DISCRIMINATION

Tracking Number: 03-134-IDR

Name of Employee/Applicant: **Patricia Kilby-Robb**

Organization/Office in which alleged discrimination occurred: Office of Innovation and Improvement, Federal Building No.6, 400 Maryland Avenue, SW, Washington, DC 20202

Complete one form for each allegation: Allegation # 2 of 3 total allegation.

During pre-complaint counseling, was the incident/action:
     **X** Unresolved      ___ Resolved

Specific incident or action, which is believed to be discriminatory. Provide a short statement to identify the primary incident/action, which occurred within 45 days of contact with the IDR Center. A narrative may be attached if necessary.
**2. Harassement-Non Sexual**

BASIS: Which of the protected classes was the underlying reason for the incident/action cited above:
___ age    **X** race/color(black)    ___ disability(physical)    ___ national origin
___ religion    ___ reprisal    **X** sex (female)

Date on which the incident/action occurred:

Date on which you became aware of the incident/action:

Name of the person taking the alleged action (optional): **John Fiegel and Steve Brockhouse**

Was the incident/action counseled as part of a continuing violation? ___ yes **X** no
If yes, attach a list of incidents with the date of each incident to this form. Please use concise statements.

Remedy: Briefly identify the remedy(ies) requested.
Same as allegation 1 & 3

Are compensatory damages being claimed? ✓ yes    ___ no

_[signature]_      11/10/03
Signature of Employee/Applicant      Date

_[signature]_      11/03/03
Signature of IDRC Counselor      Date

2.

ATTACHMENT 1

# ALLEGATION OF DISCRIMINATION

Tracking Number: 03-134-IDR

Name of Employee/Applicant: **Patricia Kilby-Robb**

Organization/Office in which alleged discrimination occurred: **Office of Innovation and Improvement, Federal Building No.6, 400 Maryland Avenue, SW, Washington, DC 20202**

Complete one form for each allegation: Allegation # 3 of 3 total allegation.

During pre-complaint counseling, was the incident/action:
    **X** Unresolved      ___ Resolved

Specific incident or action, which is believed to be discriminatory. Provide a short statement to identify the primary incident/action, which occurred within 45 days of contact with the IDR Center. A narrative may be attached if necessary.
**3. Promotion/Non-Selection**

BASIS: Which of the protected classes was the underlying reason for the incident/action cited above:
- ___ age
- **X** race/color(black)
- ___ disability(physical)
- ___ national origin
- ___ religion
- ___ reprisal
- **X** sex (female)

Date on which the incident/action occurred:

Date on which you became aware of the incident/action:

Name of the person taking the alleged action (optional): **John Fiegel and Steve Brockhouse**

Was the incident/action counseled as part of a continuing violation? ___ yes **X** no
If yes, attach a list of incidents with the date of each incident to this form. Please use concise statements.

Remedy: Briefly identify the remedy(ies) requested.
*Same as allegation 1 & 3*

Are compensatory damages being claimed? ✓ yes ___ no

_Patricia Kilby-Robb_     11/10/03
Signature of Employee/Applicant     Date

_[signature]_     11/3/03
Signature of IDRC Counselor     Date