UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA KILBY-ROBB,**<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>**MARGARET SPELLINGS, SECRETARY OF EDUCATION,**<br><br>　　Defendant. | Civil Action No.  05-2270 (JDB) |

## ORDER

Upon consideration of [9] defendant's motion for summary judgment, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [9] defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 23, 2007