# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA KILBY-ROBB, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 05-22770 (JDB) |
| § | |
| MARGARET SPELLINGS, § | |
| SECRETARY OF EDUCATION, § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEAL

Notice is herby given this 11th day of January, 2008 that Plaintiff Patricia Kilby-Robb, by and through counsel hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on November 23, 2007 against Plaintiff and in favor of Defendant Margaret Spellings, Secretary of Education.

Respectfully submitted,

/s/

David A. Branch # 438764
Law Offices of David A. Branch
1825 Connecticut Ave NW, Suite 690
Washington, D.C. 20009
(202) 785-2805

## Certificate of Service

I hereby certify this 11th day of January, 2008 that a copy of the foregoing Notice of Appeal was sent via first class U.S. Mail to counsel of Defendant listed below.

Marina Utgoff Braswell
U.S. Attorneys Office for the District of Columbia
555 Fourth Street, NW, Room 10-413
Washington, D.C. 20530

                                                     /s/
                                          David A. Branch