# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-5006**  September Term 2007

05cv02270

Filed On: June 24, 2008

Patricia Kilby-Robb,

    Appellant

v.

Margaret Spellings, Secretary, U.S.
Department of Education,

    Appellee

**BEFORE:** Garland, Brown,* and Griffith Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted with respect to appellant's claim regarding appellee's decision not to promote her to the GS-14 level and her claim of a hostile work environment. As to these claims, the merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has failed to demonstrate a genuine issue of material fact that the reasons proffered for appellee's decision not to promote her were pretextual, or that a reasonable trier of fact could infer discrimination based on the evidence. See McDonnell Douglas, 411 U.S. at 802-05 (1973); Teneyck v. Omni Shoreham Hotel, 365 F.3d 1139, 1151 (D.C. Cir. 2004). Furthermore, appellant has not presented evidence of offensive conduct that was sufficiently severe or pervasive to alter the conditions of her employment. See Oncale v. Sundowner Offshore Servs., Inc., 523 U.S. 75, 81 (1998). It is

**FURTHER ORDERED** that the motion for summary affirmance be denied with respect to appellant's claim that appellee discriminated against her with regard to her performance evaluation.

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-5006**                                        **September Term 2007**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until resolution of the remainder of the appeal. See Fed. R. App. P. 41(b); D.C. Cir. R. 41.

**Per Curiam**

---

* Judge Brown would grant the motion for summary affirmance in its entirety.